UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

INSITUFORM TECHNOLOGIES, INC., )
                                )
                    Plaintiff,  )
                                )
v.                              )   CASE NO. 04-10487 GAO
                                )
AMERICAN HOME ASSURANCE         )
COMPANY,                        )
                                )
                    Defendant.  )

## ASSENTED-TO MOTION FOR ENLARGEMENT OF TIME

Pursuant to Fed. R. Civ. P. 6(b), Defendant American Home Assurance Company ("American Home") moves this Court for an order enlarging the time within which American Home must answer or otherwise respond to the Complaint filed by Plaintiff Insituform Technologies, Inc. ("Plaintiff"). As grounds for its Motion, American Home states as follows:

1.  On or about March 10, 2004, Plaintiff brought this action against American Home. The Complaint contains claims against American Home for breach of contract (Count I), declaratory judgment (Count II), and violation of Missouri Revised Statute § 375.420 (2002) (Count III). On March 10, 2004, Plaintiff purported to serve a copy of the Summons and Complaint on American Home by certified mail, which American Home received on March 15, 2004. Accordingly, American Home's response to the Complaint is presently due on April 6, 2004.

2.  American Home requires additional time in order to prepare a response to the Complaint. American Home requests that the Court enlarge the time within which American

BOS1368902.1

Home must answer or otherwise respond to the Complaint by two (2) weeks, up to and including April 20, 2004.

    3.      Plaintiff assents to the relief requested in this Motion.

WHEREFORE, American Home requests that this Court enter an order:

    1.      Enlarging the time within which American Home must answer or otherwise respond to the Complaint by two (2) weeks, up to and including April 20, 2004; and

    2.      Granting such other further relief the Court deems just and appropriate.

AMERICAN HOME ASSURANCE COMPANY,

By its Attorneys,

_____
Gregory P. Deschenes (BBO #550830)
NIXON PEABODY LLP
100 Summer Street
Boston, Massachusetts 02110
(617) 345-1000
(617) 345-1300 (facsimile)

Dated: April 5, 2004

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), I hereby certify that I have conferred with Plaintiff's counsel and he assents to the relief requested in this Motion.

_____
Gregory P. Deschenes

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on April 5, 2004.

_____
Gregory P. Deschenes