IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INSITUFORM TECHNOLOGIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 04-10487GAO |
| ) | |
| AMERICAN HOME ASSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

### AFFIDAVIT OF COMPLIANCE

I, Stanley A. Martin, attorney for the plaintiff Insituform Technologies, Inc., do hereby state, pursuant to Mass. Gen. L. ch. 223A, §6(a)(3) and Fed. R. Civ. P. 4(h)(1), that on March 10, 2004, I caused to be mailed by certified mail, return receipt requested to the defendant American Home Assurance Company, 70 Pine Street, New York, NY 10270, a copy of the summons and a copy of the complaint in this action and that the attached return receipt was returned, the postal authorities having made due delivery on March 17, 2004.

Signed under the pains and penalties of perjury this 5th day of April 2004.

*[signature]*
Stanley A. Martin

# 1837146_v1