# United States District Court

DISTRICT OF MASSACHUSETTS

INSITUFORM TECHNOLOGIES, INC.

V.

AMERICAN HOME ASSURANCE COMPANY

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

**04 10487 GAO**

TO: (Name and Address of Defendant)

Kathleen E. Shannon
American Home Assurance Company
70 Pine Street
New York, NY  10270

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Stanley A. Martin, Esq.
Holland & Knight LLP
10 St. James Avenue
Boston, MA  02110

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS
CLERK

DATE  3-10-04

BY DEPUTY CLERK

AO 440 (Rev. 5/85) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): **Certified Mail – per the Return Receipt Requested, the complaint and copy of summons were picked up on March 17, 2004 by Mr. Ed Conde.**

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5 April 2004        *[signature]*
            Date                  Signature of Server

HOLLAND & KNIGHT
10 ST. JAMES AVENUE
BOSTON MA. 02116

Address of Server

---

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.