UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| INSITUFORM TECHNOLOGIES, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 04-10487 GAO |
| AMERICAN HOME ASSURANCE COMPANY, | ) ) ) ) | |
| Defendant. | ) ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of Gregory P. Deschenes and Gregg A. Rubenstein on behalf of defendant American Home Assurance Company in this matter.

AMERICAN HOME ASSURANCE COMPANY,

By its Attorneys,

/s/ G. Rubenstein
Gregory P. Deschenes (BBO #550830)
Gregg A. Rubenstein (BBO #639680)
NIXON PEABODY LLP
100 Summer Street
Boston, Massachusetts  02110
(617) 345-1000
(617) 345-1300 (facsimile)

Dated:  May 10, 2004

BOS1380539.1