UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                          )
INSITUFORM TECHNOLOGIES, INC.,            )
                                          )
            Plaintiff,                    )
                                          )
v.                                        )        CASE NO. 04-10487 GAO
                                          )
AMERICAN HOME ASSURANCE                   )
COMPANY,                                  )
                                          )
            Defendant.                    )
_____)

**ASSENTED-TO MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO
PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 6(b), Defendant American Home Assurance Company

("American Home") moves this Court for an order enlarging the time within which American

Home must respond to the Motion for Partial Summary Judgment filed by Plaintiff Insituform

Technologies, Inc. ("Plaintiff").  As grounds for its Motion, American Home states as follows:

1.      American Home's response to Plaintiff's Motion for Partial Summary Judgment is

presently due on May 24, 2004.

2.      American Home requires additional time in order to prepare a response to the

Motion.  American Home requests that the Court enlarge the time within which American Home

must respond to the Motion by thirty (30) days, up to and including June 23, 2004.

3.      Counsel for Plaintiff assents to the relief requested in this Motion.

WHEREFORE, American Home requests that this Court enter an order:

1.      Enlarging the time within which American Home must respond to Plaintiff's Motion for Partial Summary Judgment by thirty (30) days, up to and including June 23, 2004; and

2.      Granting such other further relief the Court deems just and appropriate.

AMERICAN HOME ASSURANCE COMPANY,

By its Attorneys,


_____/s/ G. Rubenstein_____
Gregory P. Deschenes (BBO #550830)
Gregg A. Rubenstein (BBO #639680)
NIXON PEABODY LLP
100 Summer Street
Boston, Massachusetts  02110
(617) 345-1000
(617) 345-1300 (facsimile)

Dated:  May 20, 2004

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), I hereby certify that I have conferred with Plaintiff's counsel and he assents to the relief requested in this Motion.

_____/s/ G. Deschenes_____
Gregory P. Deschenes