IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INSITUFORM TECHNOLOGIES, INC., )<br>          Plaintiff, )<br>   v.                            )<br>                               )<br>AMERICAN HOME ASSURANCE )<br>COMPANY, )<br>          Defendant. ) | Case No. 04-10487GAO |

## MOTION FOR ADMISSION PRO HAC VICE

Stanley A. Martin, a member in good standing of the Bar of the United States District Court for the District of Massachusetts, and a partner in the Boston office of the law firm of Holland & Knight LLP hereby petitions, pursuant to U.S. District Court Local Rule 83.5.3, the admission pro hac vice of Charles L. Philbrick. As grounds for his motion, the petitioner states:

1. Mr. Philbrick is a member in good standing of the Bar of the United States District Court for the District of Illinois (Northern and Southern Districts), California (Southern District), Texas (Northern District), and Michigan (Eastern District). He is a member of the bar in good standing in every jurisdiction in which he has been admitted to practice (Illinois and District of Columbia). There are no disciplinary proceedings pending against Mr. Philbrick as a member of the bar in any jurisdiction. Mr. Philbrick is a partner in the Chicago office of the law firm of Holland & Knight LLP, and is familiar with the Local Rules of the Untied States District Court for the District of Massachusetts.

2. Mr. Philbrick seeks to be admitted as counsel for the plaintiff, Insituform Technologies, Inc., in this action, and shall at all times have associated with him in this action a member of the Bar of this Court.

-2-

WHEREFORE, the petitioner moves the admission of Charles L. Philbrick, for the purposes of this action. In support of this motion, the Petitioner refers to the Affidavit of Charles L. Philbrick in Support of Motion for Admission Pro Hac Vice

PETITIONER

_____
Stanley A. Martin, Esq.,
attorney for
Insituform Technologies, Inc.
Holland & Knight LLP
10 St. James Avenue
Boston, MA 02116
(617) 523-2700

**LOCAL RULE 7.1 CERTIFICATION**

I hereby certify that I conferred with opposing counsel, on May 21, 2004, who assents to this motion.

_____
Stanley A. Martin, Esq.,

Date:  May 21, 2004

# 1914155_v1

2