IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INSITUFORM TECHNOLOGIES, INC., )<br>          Plaintiff, )<br>    v. )<br>           )<br>AMERICAN HOME ASSURANCE )<br>COMPANY, )<br>          Defendant. ) | Case No. 04-10487GAO |

**AFFIDAVIT OF CHARLES L. PHILBRICK
IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Charles L. Philbrick, being duly sworn do hereby depose and state:

1. I am a member in good standing of the Bar of the United States District Court for the District of Illinois (Northern and Southern Districts), California (Southern District), Texas (Northern District), and Michigan (Eastern District).

2. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice (Illinois and District of Columbia).

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am a partner in the Chicago office of the law firm of Holland & Knight LLP, and I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. I seek to be admitted as counsel for the plaintiff, Insituform Technologies, Inc., in this action, and shall at all times have associated with me in this action a member of the Bar of this Court.

Signed under the pains and penalties of perjury this 20th day of May 2004.

_Charles L. Philbrick_
Charles L. Philbrick