UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INSITUFORM TECHNOLOGIES, INC., | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 04-10487 GAO |
| AMERICAN HOME ASSURANCE COMPANY, | ) |
| Defendant. | ) |

**AMERICAN HOME ASSURANCE COMPANY'S ASSENTED TO
MOTION TO CONTINUE DECEMBER 20, 2004 HEARING**

Defendant American Home Assurance Company ("American Home") hereby moves to continue the hearing currently scheduled for December 20, 2004 on the parties' respective motions for summary judgment. In support of this Motion, American Home states the following:

1. On December 13, 2004, American Home's lead counsel's father was taken suddenly ill with a life-threatening condition.

2. American Home's lead counsel is currently attending to his father and anticipates being required to do so for at least the next four (4) weeks.

3. Counsel for Insituform Technologies, Inc. has assented to American Home's request to continue the December 20, 2004 hearing.

4. Counsel for both parties are available to argue the pending summary judgment motions on the 11th, 13th, 18th, 19th and 20th of January 2005.

WHEREFORE, American Home prays that its Motion to Continue the December 20, 2004 Hearing be granted.

BOS1446195.1

## LOCAL RULE 7.1(A) CERTIFICATION

    By signing below, the undersigned certifies that he conferred with counsel for plaintiff on December 14, 2004 in a good faith effort to resolve or narrow the issue presented by this motion and that counsel for plaintiff assented to this motion.

                                          /s/ G. Rubenstein
                                  Gregg A. Rubenstein

                                  AMERICAN HOME ASSURANCE COMPANY,

                                  By its attorneys,

                                          /s/ G. Rubenstein
                                  Gregory P. Deschenes (BBO #550830)
                                  Gregg A. Rubenstein (BBO #639680)
                                  NIXON PEABODY LLP
                                  100 Summer Street
                                  Boston, Massachusetts  02110
                                  (617) 345-1000
                                  (617) 345-1300 (facsimile)

Dated:  December 15, 2004