## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| INSITUFORM TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 04-10487GAO |
| | ) | |
| AMERICAN HOME ASSURANCE COMPANY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## ASSENTED TO MOTION FOR
## ENLARGEMENT OF TIME TO RESPOND
## TO DEFENDANT'S MOTION FOR RECONSIDERATION

Pursuant to Local Rule 7.1(B)(2), the plaintiff, Insituform Technologies, Inc. ("Insituform") hereby moves this Court for an order enlarging the time in which Insituform must file a response to the Motion For Reconsideration filed by the defendant, American Home Assurance Company ("American Home").  As grounds for its motion, Insituform states:

1.     American Home filed the Motion for Reconsideration on April 7, 2005, such that the response by Insituform is currently due on April 21, 2005.

2.     Insituform requires additional time in which to prepare and complete its response, and requests that the Court enlarge the time for such a response by one week, up to and including April 28, 2005.

3.     American Home assents to the relief requested in this motion.

WHEREFORE, Insituform requests that this Court enter an order:

-2-

(a)    Enlarging the time within which Insituform must respond to the

Motion for Reconsideration by one week, up to and including April 28, 2005;

and

(b)    Granting such other relief as this Court may deem appropriate.


Respectfully submitted,

INSITUFORM TECHNOLOGIES, INC.


By:    /s/ Stanley A. Martin
        Stanley A. Martin, Esq.
        Holland & Knight LLP
        10 St. James Avenue
        Boston, MA 02116
        (617) 523-2700

Date:  April 20, 2005

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), I hereby certify that I have conferred with

Plantiff's counsel and he assents to the relief requested in the above motion.


By:    /s/ Stanley A. Martin
        Stanley A. Martin, Esq.
        Holland & Knight LLP

-3-

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the following document was served upon the attorney of record for the plaintiff by virtue of electronically filing this document with the Court on the 20th day of April 2005:

### ASSENTED TO MOTION FOR
### ENLARGEMENT OF TIME TO RESPOND
### TO DEFENDANT'S MOTION FOR RECONSIDERATION

By:    /s/ Stanley A. Martin
Stanley A. Martin, Esq.
Holland & Knight LLP

Of counsel

Charles L. Philbrick, Esq.
Holland & Knight LLP
131 S. Dearborn St., 30th Fl.
Chicago, IL 60603-5547
(312) 263-3600

# 1770204_v1