IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INSITUFORM TECHNOLOGIES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 04 10487 GAO |
| | ) |
| AMERICAN HOME ASSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

***EXHIBIT B* TO SUPPLEMENTAL AFFIDAVIT OF ROBERT KELLEY**

End of Exhibits

```
AO-80195880                    B   E        Liberty Mutual        EXHIBIT B              51-44
   80195880                    2                                   PAGE 1 of 2            119
```

| DATE OF CHECK | CLAIM NO. |
|---|---|
| 12/13/04 | P 220-071010-01 |

PAY ▶ $650000.00**

VOID IF NOT PRESENTED WITHIN 6 MONTHS FROM ABOVE DATE
PAY TO THE ORDER OF

INSTITUFORM TECHNOLOGIES INC
702 SPIRIT 40 PARK DRIVE
CHESTERFIELD, MO 63005
US

TWO SIGNATURES REQUIRED IF AMOUNT EXCEEDS $10,000

SECURITY FEATURES

NOT VALID IN EXCESS OF  $650000.00**

Fleet Bank
Hartford, CT

⑆80195880⑆  ⑈011900445⑈        67589⑆

Liberty Mutual

CLAIM OFFICE ADDRESS:
70 EAST SUNRISE HWY
VALLEY STREAM, NY 11581            CHECK NUMBER:      ISSUE DATE:
CONTACT: SWEENEY, E                80195880          12/13/2004
PHONE: 516-593-8200 EXT 2502       ACCIDENT DATE:     CLAIM NUMBER:
                                   10/02/2003        P 220-071010-01
INSURED NAME:                                        POLICY NUMBER:
INSTITUFORM TECHNOLOGIES INC                         RG264100421803 3747
CLAIMANT NAME:                                       INSURED OPERATOR:
MASSACHUSETTS WATER RESOURCE AUTHORITY

| COV TYPES | PROVIDER | SERVICE FROM - THRU | CHARGE | ADJUST CODE | PAID AMOUNT |
|---|---|---|---|---|---|
| OPPD | INSTITUFORM | 12/13/2004 | | | 650000.00 |

PAYMENT SENT TO:                              SUB TOTAL 1      650000.00
INSTITUFORM TECHNOLOGIES INC                  DEDUCTIBLE            0.00
                                              SUB TOTAL 2      650000.00
                                              WITHHOLDING TAX       0.00
                                              CHECK AMOUNT     650000.00

COVERAGE TYPES
OPPD: OPERATIONS - PD

ADJUSTMENT CODE NOTES

EOP NOTES
ATTN: CAROL MALON - DIRECTOR OF TREASURY - FULL PAYMENT OF OUR
POLICY LIMITS ON THE BOSTON LINER CLAIM.

GL 12/14/04

```
AO-80194240                  B. CODE         Liberty          EXHIBIT B
   80194240                    281           Mutual.           PAGE 2 of 2
```

| DATE OF CHECK | CLAIM NO. |
|---|---|
| 09/24/04 | P 220-071010-01 |

PAY ▶ $350000.00**

VOID IF NOT PRESENTED WITHIN 6 MONTHS FROM ABOVE DATE
PAY TO THE ORDER OF

INSITUFORM TECHNOLOGIES INC
702 SPIRIT 40 PARK DRIVE
CHESTERFIELD, MO 63005
US

*[signatures]*
John P. Slaughter
Michelle L. Bussmann

TWO SIGNATURES REQUIRED IF AMOUNT EXCEEDS $10,000

Fleet Bank
Hartford, CT

NOT VALID IN EXCESS OF $350000.00**

⑈⋮80194240⋮⑈ ⋮:011900445⋮: 67589⋮⑈

---

CLAIM OFFICE ADDRESS:
70 EAST SUNRISE HWY
VALLEY STREAM, NY 11581
CONTACT: SWEENEY, E
PHONE: 516-593-8200 EXT 2502

INSURED NAME:
INSITUFORM TECHNOLOGIES INC

CLAIMANT NAME:
MASSACHUSETTS WATER RESOURCE AUTHORITY

Liberty Mutual.

ACCIDENT DATE: 10/02/2003

CHECK NUMBER: 80194240
CLAIM NUMBER: P 220-071010-01
POLICY NUMBER: RG264100421803374 7
INSURED OPERATOR:

ISSUE DATE: 09/24/2004

| COV TYPES | PROVIDER | SERVICE FROM - THRU | CHARGE | ADJUST CODE | PAID AMOUNT |
|---|---|---|---|---|---|
| OPPD | | 09/24/2004 | 350000.00 | | 350000.00 |

PAYMENT SENT TO:
INSITUFORM TECHNOLOGIES INC

| | |
|---|---|
| SUB TOTAL 1 | 350000.00 |
| DEDUCTIBLE | 0.00 |
| SUB TOTAL 2 | 350000.00 |
| WITHHOLDING TAX | 0.00 |
| CHECK AMOUNT | 350000.00 |

OPPD: OPERATIONS - PD

COVERAGE TYPES

ADJUSTMENT CODE NOTES

*900.1998*
*G/L 9/28/04*

EOP NOTES
SETTLEMENT ADVANCE ON THE BOSTON LINER CLAIM.