IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INSITUFORM TECHNOLOGIES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN HOME ASSURANCE )<br>COMPANY, )<br>)<br>Defendant. ) | Case No. 04-10487GAO |

**CERTIFICATION OF INSITUFORM TECHNOLOGIES, INC.
PURSUANT TO L.R. 16.1(D)(3)**

Insituform Technologies Inc. hereby submits this Certification pursuant to L.R. 16.1(d)(3).

We hereby jointly certify that we have conferred with respect to a budget for the costs of conducting the full course and various alternative courses of the litigation; and

We hereby jointly certify that we have conferred with respect to resolution of the litigation through alternative dispute resolution programs including those outlined in L.R. 16.4.

Respectfully submitted,

INSITUFORM TECHNOLOGIES, INC.


By:  /s/ Stanley A. Martin
Stanley A. Martin
Holland & Knight LLP
10 St. James Avenue
Boston, MA 02116
(617) 523-2700

Date:  January 27, 2006

Of counsel

Charles L. Philbrick, Esq.
Holland & Knight LLP
131 S. Dearborn St., 30th Fl.
Chicago, IL 60603-5547
(312) 263-3600

On Behalf of INSITUFORM TECHNOLOGIES, INC.

By:  /s/ Robert L. Kelley
Robert L. Kelley
Of Counsel, in the General Counsel's Office
Insituform Technologies, Inc.
702 Spirit 40 Park Drive
Chesterfield, MO  63005
(636) 530-8000

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the within Certification of Insituform Technologies, Inc. Pursuant To L.R. 16.1(D)(3) was served upon the attorney of record for the Defendant by virtue of electronically filing this document with the Court on the 27th day of January 2006.

By:  /s/ Stanley A. Martin
     Stanley A. Martin
     Holland & Knight LLP
     10 St. James Avenue
     Boston, MA 02116
     (617) 523-2700