**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| INSITUFORM TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 04 10487 GAO |
| | ) | |
| AMERICAN HOME ASSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**AGREED MOTION TO AMEND CASE SCHEDULE**

Plaintiff, Insituform Technologies, Inc. ("Insituform") hereby moves to amend the case schedule to allow additional time for the parties to conduct written, fact, and expert discovery. In support of this motion, Insituform states as follows:

1.    Counsel have conferred and the parties agreed that the case schedule should be amended to reflect the following new dates and deadlines:

      a.    Plaintiff to disclose its expert witnesses and provide Rule 26 reports by May 22, 2006;

      b.    Parties to conclude written discovery by May 31, 2006;

      c.    Defendant to disclose expert witnesses and provide Rule 26 reports by July 21, 2006; and

      d.    Parties to complete discovery by August 31, 2006.

2.    The case is currently set for a status conference on July 12, 2006, which the Court may wish to reschedule in light of the dates proposed herein.

WHEREFORE, Insituform requests an order entered amending the existing case schedule to reflect the new dates set forth herein.

Dated:  May 11, 2006

Respectfully submitted,

INSITUFORM TECHNOLOGIES, INC.

By:   /s/ Stanley A. Martin
      Stanley A. Martin, Esq.
      Holland & Knight LLP
      10 St. James Avenue
      Boston, MA 02116
      (617) 523-2700

Of counsel

Charles L. Philbrick, Esq.
Holland & Knight LLP
131 S. Dearborn St., 30th Fl.
Chicago, IL 60603-5547
(312) 263-3600

3

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the following document was served upon the

attorney of record for the Defendant by virtue of electronically filing this document with the

Court on the 11th day of May, 2006.

AGREED MOTION TO AMEND CASE SCHEDULE

By: ___/s/ Stanley A. Martin_____
      Stanley A. Martin, Esq.
      Holland & Knight LLP
      10 St. James Avenue
      Boston, MA 02116
      (617) 523-2700

# 3777312_v1