UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
INSITUFORM TECHNOLOGIES, INC.,      )
                                    )
        Plaintiff,                  )
                                    )
v.                                  )   CASE NO. 04-10487 GAO
                                    )
AMERICAN HOME ASSURANCE             )
COMPANY,                            )
                                    )
        Defendant.                  )
_____)

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

   Please enter my appearance as counsel in this case for American Home Assurance Company.

   I certify that I am admitted to practice in this court.

                                        _____/s/ Kurt M. Mullen_____
                                        Kurt M. Mullen (BBO # 651954)
                                        NIXON PEABODY LLP
                                        100 Summer Street
                                        Boston, MA  02110-2131
                                        (617) 345-1000
                                        kmullen@nixonpeabody.com

Dated: July 26, 2006

## CERTIFICATE OF SERVICE

   I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 26, 2006.

                                        _____/s/ Kurt M. Mullen_____

10061326.1