IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INSITUFORM TECHNOLOGIES, INC., )<br>              Plaintiff, )<br>)<br>          v. )<br>)<br>AMERICAN HOME ASSURANCE )<br>COMPANY, )<br>             Defendant. ) | Case No. 04-10487GAO |

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the following documents were served upon the attorney of record for the Defendant by virtue of electronically filing these documents with the Court on the 7th day of September 2006:

**INSITUFORM'S MEMORANDUM IN RESPONSE TO AMERICAN HOME'S MOTION FOR SUMMARY JUDGMENT AND IN SUPPORT OF ITS CROSS MOTION FOR SUMMARY JUDGMENT**

**PLAINTIFF'S CROSS MOTION FOR SUMMARY JUDGMENT**

**INSITUFORM'S RESPONSE TO AMERICAN HOME'S MOTION TO STAY DISCOVERY**

**INSITUFORM'S LOCAL RULE 56.1 RESPONSE TO AMERICAN HOME'S STATEMENT OF UNDISPUTED FACTS AND INSITUFORM'S ADDITIONAL UNDISPUTED MATERIAL FACTS**

**AFFIDAVIT OF THOMAS PORZIO**

**AFFIDAVIT OF CHRIS CAMPOS**

By:   /s/ Stanley A. Martin
       Stanley A. Martin, Esq.
       Holland & Knight LLP
       10 St. James Avenue
       Boston, MA 02116
       (617) 523-2700

# 4032767_v1