# EXHIBIT B



| | | |
|---|---|---|
| Worldwide Pipeline Rehabilitation | Charlton Industrial Park 253 B Worcester Road Charlton, MA 01507 | Tel: (508) 248-1700 Fax: (508) 248-1709 |

May 15, 2003

Via Fax
508-559-6432

Jon D'Allessandro
President
D'Allessandro Corp.
41 Ledin Drive
P.O. Box 245
Avon, MA 02322

Subj: Design Plan and Associated Change Request: East Boston Branch Sewer Rehabilitation, MWRA Contract No. 6840

Dear Mr. D'Allessandro:

Attached is a summary of designs we're in the process of preparing for formal submittal. The reason for this letter is to provide advance information to the project team that will assist in keeping the project on schedule.

As you know, we have physically measured and inspected the 108-year-old brick pipes at all accessible manholes. In particular, the bottom of the pipe is characterized by a relatively "flat" curve, which leads us to consider a beam design for this portion of the geometry. Our engineering judgement is that the beam design method applies at the bottom of the pipe as the governing design thickness that we advise be used for this project. This opinion differs from the direction provided in the specification, which calls for a circular design method. There are a host of variables to consider in the beam or circular design method, among them the type of resin and it's associated properties, site conditions (water load being the governing factor on this project), and safety factor. Using engineering judgement, different engineers may come to different conclusions about thickness that will serve the needs of the MWRA. Therefore, we are certainly open to additional discussion with you and the Engineer/Owner.

As we discussed in a recent meeting, we designed and estimated the thickness based on circular assumptions, which is the default method commonly used by engineers. If we install the thicker tubes driven by the beam designs, the cost will necessarily increase as detailed in the attachment. Therefore, in order to keep the schedule on track and hold costs to a reasonable minimum, we request additional compensation in the amount of $ 96,665.80. Please contact me with any questions you may have.

Sincerely,

INSITUFORM TECHNOLOGIES, INC.

Thomas Porzio, P.E.
Project Executive

CC: File

1

ITI-AIG 005602