# EXHIBIT C

Case 1:04-cv-10487-GAO   Document 60-4   Filed 09/21/2006   Page 1 of 2



"Jon D'Allessandro" &lt;jdallessandro@dallessandro.com&gt;

05/14/2003 09:17 AM

Please respond to jdallessandro

To: "Tom Porzio (E-mail)" &lt;TPorzio@insituform.com&gt;
cc:
Subject: FW: Progress Meeting No. 2 Agenda

I discussed the questions raised by ITI regarding design of the liner. Mike is in agreement with what you and I discussed, which is that unless there is some strong basis for utilizing a beam design approach, the use of a circular design approach is acceptable. As always though, it is still the responsibility of ITI/D'Allessandro to provide the design and the Certificate of Design.

Alan

-----Original Message-----
From: Jon D'Allessandro
To: Hoddeson, Alan P.
Sent: 5/13/2003 5:09 PM
Subject: RE: Progress Meeting No. 2 Agenda

Alan,

Did you get to talk to Mike about the liner?

Please forward me the name of the noise control co. you were referring to.

Jon

-----Original Message-----
From: Hoddeson, Alan P. [mailto:Alan.Hoddeson@jacobs.com]
Sent: Monday, May 12, 2003 1:35 PM
To: Doherty, Dennis J.; Savard, Paul V.; 'Michael Delprete (E-mail)'; 'Tom Rouleau (E-mail)'; 'Jon D'Allessandro (E-mail)'; 'TJ Shea (E-mail)'; 'jeffrey.mclaughlin@mwra.state.ma.us'
Subject: Progress Meeting No. 2 Agenda

All-

Agenda attached.

Alan

&gt;  &lt;&lt;Agenda1.doc&gt;&gt;

==================================================================
==
NOTICE - This communication may contain confidential and privileged information that is for the sole use of the intended recipient. Any

ITI-AIG 005598