# EXHIBIT F

## D'ALLESSANDRO CORP.
41 LEDIN DRIVE • PO BOX 245 • AVON, MA 02322-0245
508.559.6400 • FAX 508.559.6432

July 17, 2003                                    23-03

File 6840-4a
C: M. Fulschi, HWRA
M. DelPrete, MWRA
P. Savard, Jacobs
P. Pestrouses, Jacobs

Received
7/17/03

Jacobs Civil Inc.
Alan Hoddeson
Two Center Plaza, 7th floor
Boston, Ma 02108 1906

RE; MWRA Contract No. 6840 East Boston Branch Sewer.
Changed Condition ITI COR 11

Dear Sir,

Please find this formal notification of a changed condition of the above stated project. I bring to your attention the letter from Insituform Technologies, Inc. dated July 16th.

This letter states the differing site condition found in the host pipe and how to proceed with the work at additional cost to the MWRA.

Please feel free to call if I can be of assistance.

Sincerely,

Jon D'Allessandro
President



**Insituform Technologies, Inc.**

Worldwide Pipeline Rehabilitation

Charlton Industrial Park
253 B Worcester Road
Charlton, MA 01507

Tel: (508) 248-1700
Fax: (508) 248-1709
www.insituform.com

July 16, 2003

**Via Fax**
508-559-6432

Jon D'Allessandro
President
D'Allessandro Corp.
41 Ledin Drive
P.O. Box 245
Avon, MA 02322

Subj: Pipe Preparation at Stations 10+23 and 20+93: East Boston Branch Sewer Rehabilitation, MWRA Contract No. 6840

Dear Mr. D'Allessandro:

As we discussed yesterday, based on our field measurements and observations the pipe was constructed with a taper on the downstream side of the manhole at station 20+93. A similar situation appears to be the case (although to a lesser extent) at manhole 10+23; however, additional measurement and investigation following bypass startup and initial cleaning is advised.

At manhole 20+93 we recommend that the taper area be "filled" with 4" to 6" of cementitious material at the crown prior to lining to bring it to 39.2" (minus zero, plus ½") equivalent diameter. The material should be applied only in the top half of the pipe to provide a smooth and circular shape as generally depicted in the attached drawing.

We recommend that other areas confirmed to be 40.5" equivalent diameter (as a rule of thumb) or more be filled with cementitious material as described above. Please let me know if additional information will be helpful.

Sincerely,

INSITUFORM TECHNOLOGIES, INC.

Thomas Porzio, P.E.
Project Executive

CC: File

1



Fill top 1/2 of pipe with cementitious materail.

Maintain existing flow line.

Insituform Preparation STA 10+23 & 20+93
East Boston Brach Sewer Rehabilitation
MWRA Contract No. 6840

1 of 1

7/16/2003