# EXHIBIT G

# JACOBS

Jacobs Civil Inc.
Two Center Plaza
Boston, MA 02108-1906 U.S.A.
617.742.8060  Fax: 617.742.8830

## Memorandum

| | | |
|---|---|---|
| Date | July 18, 2003 | File 6840-2e-036 |
| To | Jon D'Allessandro<br>D'Allessandro Corp.<br>P.O. Box 245<br>Avon, MA 02322-0245 | |
| Copy | M. DelPrete, M. Falsafi (MWRA)<br>Joe Anthony, Pierre Destouches (Jacobs Civil)<br>Files 6840-2e, 4a, E2x21200 | |
| From | Alan Hoddeson | |
| Subject | Notice of Change No. 11 Regarding Taper of Crown of EBBS | |
| Reference: | D'Allessandro Corp. Letter Regarding MWRA Contract No. 6840 East Boston Branch Sewer Changed Condition ITI COR 11, dated July 17, 2003 (received by this office July 17, 2003) | |

We are in receipt of the referenced letter in which D'Allessandro Corp. requests additional compensation due to a differing site condition found in the host pipe.

It has been determined that your request for additional compensation to perform work to fill crown sections of the East Boston Brach Sewer where the equivalent diameter is greater than 40.5" is without merit. Further, in accordance with the Contract, should D'Allessandro Corp. determine that action is required to assist with the installation of the CIPP, this work should be submitted for review and approval and would be considered to be part of the base Contract Work. D'Allessandro Corp. is referred to the following Contract Specification Sections for additional clarification regarding the Contract requirements for this portion of the Work:

1. Section 01010-1.06A: The following drawings are located at the MWRA Library and are available for review: Record drawings, Commonwealth of Massachusetts, Metropolitan Sewerage Commission, East Boston Branch Sewer, Sections 36, 37, 37-1/2, and 38 – August 1984

2. Section 02703-1-03A defines CIPP as "a a woven or non-woven or combination of woven and non-woven material surrounded or impregnated with thermal setting resin that when installed and processed, forms to the shape and size of the interior wall of the host conduit".

3. Section 02713-1.04A2 states "Pre and Post Installation Television Inspections shall be performed by the Contractor in accordance with Section 02520."

 **Memorandum**
*(Continued)*
Page 2 of 2

4. Section 02713-1.04A3 states "The Contractor shall conduct a thorough review of the Pre-Installation Television Inspection videos to determine the ovality and other conditions that may affect the design or installation of the liner into the host conduit. These factors should be given appropriate consideration in the Design."

5. Section 02713-B1b states "The Contractor shall submit written descriptions of the methods and equipment proposed to be used for repairs to the host conduit based on the Pre-Construction video tapes."

6. Section 1.05B1f states "The Contractor shall verify prior to fabricating the liner tube the existing internal dimensions of each of the host conduits to be rehabilitated by CIPP lining, and submit sizes to the Authority for review."

7. Section 02713-2.01A5 states "The liner shall be fabricated to a size that, when installed, will neatly fit into the internal shape of the host conduit without wrinkles. Allowance shall be made for longitudinal and circumferential stretching during insertion. All dimensions shall be verified by the Contractor prior to construction."

8. Section 02713-2.01C5 states "Any defects which will affect the integrity or strength of the CIPP, shall be repaired or the CIPP replaced to the acceptance of and at no additional cost to the Authority prior to the reinstatement of flows into the pipe."

It is also noted that D'Allessandro Corp.'s sub-contractor, Insituform Technologies Inc. (ITI), verified the existing dimensions of the EBBS on April 30, 2003 and again on May 28, 2003. These inspections were performed in a timely manner in which the information could have been, and should have been, incorporated into the design of the CIPP in accordance with the Contract Specifications as noted above. As such, any delays or additional expenses that may be incurred as a result of not properly obtaining or utilizing the existing dimensions information will be solely at the expense of D'Allessandro Corp. and/or its sub-contractors.

If you have any questions, please do not hesitate to contact me.

Sincerely,

JACOBS CIVIL INC.

Alan Hoddeson
Resident Engineer