# EXHIBIT H



**Insituform Technologies, Inc.**  Worldwide Pipeline Rehabilitation    702 Spirit 40 Park Drive   Tel: (636) 530-8000
Chesterfield, MO 63005   Fax: (636) 530-8744
1.com

To:    Paul Savard, Dennis Doherty, Alan Hoddeson - Jacobs
       Mike DelPrete - MWRA
       T.J. Shea, Brian Albert - D'Allessandro Corp.
       Greg Laszczynski, Tom Porzio, Penn Vaughan - ITI
       Trent Ralston

From:  Rick Baxter - Insituform Technologies, Inc.

Date:  14 October 2003

Re:    East Boston Branch Sewer
       MWRA Contract No. 6840

*Sample physical test results-*
The seven in-pipe cured-in-place-pipe (CIPP) samples requested by the Engineer were tested by Industrial Specialty Services of Birmingham, Alabama using ASTM standard D 790 to determine the flexural strength and modulus of elasticity. The wall thickness was measured to perform the required ASTM calculations and to verify product specification thickness compliance. All of the samples average test results exceeded the contract document's minimum design requirements and the ITI submitted composite characteristics. Some samples contain individual specimen results that are below the specified values. The low values did not reduce the five-specimen average to create a test result that was out of compliance. The trenchless pipeline industry accepts the ASTM D 790 results and acknowledges the specimens' average value represents the pipe's physical characteristics. Traditional CIPP is a solid wall construction of materials that exhibit the same physical characteristics in any direction. Even with a homogeneous wall structure, when the CIPP is physically tested it is not unusual that a relatively high material property statistical scatter is produced when compared to extruded materials or metals. This is even true for adjacent specimens within the same sample, however it does not indicate the pipe performance is compromised or inadequate. The pipe performance represented by the test results is the average of the individual specimen results and represents the pipe's resistance to buckling or failure. Based upon these test results the CIPP are structural and comply with the physical requirements of the contract.

The samples were taken within areas that contained CIPP defects. The test lab used these sample plates to evaluate the integrity of the CIPP within the host pipe. The test lab cut the individual specimens near the anomaly and tested the specimens that could be most rapidly machined and prepared for testing. No defects were within the specimens tested; however, they were adjacent to or within two inches of the anomaly. The specimens were tested to quantify the defect's impact upon the composite. The specimens adjacent to the defects do not exhibit a deleterious effect on the pipe performance. Small pipe imperfections do not create structural failures. Since the sample test results produced compliant test results, the flaws in the CIPP did not and will not affect the pipe's performance.

ITI-AIG 003517