# EXHIBIT K



**SHANNON & WILSON, INC.**
GEOTECHNICAL AND ENVIRONMENTAL CONSULTANTS

SEATTLE
RICHLAND
FAIRBANKS
ANCHORAGE
MANCHESTER
DENVER
SAINT LOUIS
BOSTON

June 2, 2003

Mr. Tom Porzio
Insituform Technologies, Inc.
253B Worcester Road
Charlton, Massachussetts 01507

## INSITUFORM CIPP DESIGN
## EAST BOSTON BRANCH SEWER REHABILITATION PROJECT
## MASSACHUSETTS WATER RESOURCES AUTHORITY
## BOSTON, MASSACHUSSETTS

Dear Mr. Porzio:

As requested, we have reviewed your calculations for the design of the Insituform cast-in-place pipe (CIPP) for the infrastructure improvement project in Boston, Massachussetts. Our review was based on the following documents provided to us by your firm:

- Pages 02713-1 to 02713-10 of the project specifications including Addendum No. 4, addressing relining of sewer lines using cured-in-place pipe.

- ASTM F1216, Standard Practice for Rehabilitation of Existing Pipelines and Conduits by the Inversion and Curing of Resin Impregnated Tube.

- Insituform Engineering Design Guide, Insituform Technologies, Inc.

- Insituform pipe design input values and calculated thicknesses prepared by Insituform for the subject project.

Design parameters used in the analyses are presented in Table 1.

We have reviewed your calculations, and in our opinion the minimum design thicknesses as presented in Table 2 meet the requirements set forth in ASTM F1216 and the project specifications for the assumed conditions. The CIPP thicknesses were calculated using the Modified AWWA Formula, which includes as variables the maximum groundwater and soil depths measured above the crown of the pipe to be rehabilitated. We recommend that design assumptions be checked in the field during construction and that we be notified if any discrepancies are observed so that we can review the design accordingly.

We have reviewed your flow calculations and in our opinion, the calculated flows for brick and Insituform lined pipe are reasonable for the Manning Formula with pipe full conditions. Additionally, the Manning coefficients for the brick and Insituform liner are reasonable based on our experience.

41-1-35355-054

P.O. BOX 670
NEW BOSTON, NEW HAMPSHIRE 03070
603-487-3363   FAX 603-487-2099

Mr. Tom Porsio  
June 2, 2003  
Page 2

SHANNON & WILSON, INC.

### Table 1: CIPP Design Parameter Values

| Design Parameter | Value |
|---|---|
| Flexural Modulus (short-term) | 300,000 psi |
| Flexural Modulus (long-term) | 150,000 psi |
| Flexural Strength | 4,500 psi |
| Safety Factor | 2 |
| Ovality | 6 percent |

### Table 2: Results of CIPP Calculations

| Station | * Pipe Diameter | ** Depth of Soil (to invert of pipe) | Minimum Design Thickness |
|---|---|---|---|
| 3+00 to 7+00 to 10+23 | 39.2 in | 22.0 ft. | 0.85 in. (21.6 mm) |
| 3+80 to 0+59 to 46+31 to 40+26 | 39.2 in | 22.8 ft. | 0.86 in. (21.9 mm) |
| 34+20 to 37+19 to 40+26 | 39.2 in | 24.3 ft. | 0.89 in. (22.5 mm) |
| 34+20 to 30+34 to 27+17 | 39.2 in | 30.3 ft. | 0.97 in. (24.6 mm) |
| 15+01 to 18+46 to 20+93 to 24+11 to 27+17 | 39.2 in | 32.2 ft. | 0.99 in. (25.2 mm) |
| 15+01 to 12+00 to 9+20 to 4+75 | 39.2 in | 31.3 ft. | 0.98 in. (24.9 mm) |

(*) Pipe diameter is equivalent circular diameter for a pipe 36 inches wide by 41 inches high.

(**) Depth of water used for calculations was 5 feet below the ground surface.

41-1-35355-054

ITI-AIG 005610

Mr. Tom Porsio  
June 2, 2003  
Page 3

SHANNON & WILSON, INC.

We appreciate the opportunity to be of service to you on this project. Please call with any questions.

Very truly yours,

SHANNON & WILSON, INC.



Brian C. Dorwart, P.E.  
Senior Associate

Attachments: CIPP Thickness Calculations for 36-inch wide by 41-inch high pipe, performed by Insituform Technologies, Inc. (6 pages)  
Flow calculation sheet (1 page)  
Certificate of Design of the CIPP pipe (1 page)

BCD:BCD/bcd

41-1-35355-054

ITI-AIG 005611

◇◇◇◇◇◇◇ **INSITUFORM® CIPP DESIGN** ◇◇◇◇◇◇◇
(as per ASTM F1216)

5/23/2003

**Client:** MWRA
**Project:** East Boston Branch Sewer Rehabilitation
**Location:** Boston, MA

Conduit \ Condition: Gravity Sewer, Partially Deteriorated

| | |
|---|---|
| 300,000 psi | Flexural Modulus |
| 50 % | Flexural Modulus Retention to Account for Long-term Effects |
| 4,500 psi | Flexural Strength |
| 2 | Safety Factor for External Loads |
| 39.2 inches | Mean Diameter |
| 36.8 inches | Minimum Diameter |
| 6 % | Ovality |
| 17.0 feet | Maximum External Water Head to Invert |
| 18.6 feet | Depth at Top of Conduit ; Soil Only |

**Thickness Limitations ( inches )**

0.859 : Maximum compressive hoop stress
0.849 : External pressure buckling

<u>Minimum Design Thickness</u> = 0.85 inches
= 21.6 mm
DR = 46.1

**Mode of Failure :** External pressure buckling

The input data for this project should be verified in the field prior to construction. Should other conditions exist now or are expected to change over the design life of this Insituform CIPP then appropriate adjustments must be made to the design calculations.

_EZ_
Designed by

_AcD 6-2-03_
Checked by

ITI-AIG 005612

◇◇◇◇◇◇◇  INSITUFORM® CIPP DESIGN  ◇◇◇◇◇◇◇
(as per ASTM F1216)

5/23/2003

Client: MWRA
Project: East Boston Branch Sewer Rehabilitation
Location: Boston, MA

Conduit \ Condition: Gravity Sewer, Partially Deteriorated

| | |
|---|---|
| 300,000 psi | Flexural Modulus |
| 50 % | Flexural Modulus Retention to Account for Long-term Effects |
| 4,500 psi | Flexural Strength |
| 2 | Safety Factor for External Loads |
| 39.2 inches | Mean Diameter |
| 36.8 inches | Minimum Diameter |
| 6 % | Ovality |
| 17.8 feet | Maximum External Water Head to Invert |
| 19.4 feet | Depth at Top of Conduit, Soil Only |

Thickness Limitations (inches)
---
0.673 : Maximum compressive hoop stress
0.862 : External pressure buckling

**Minimum Design Thickness =**   0.86   inches
                              =   21.9   mm
                         DR =   45.4

Mode of Failure: External pressure buckling

The input data for this project should be verified in the field prior to construction. Should other conditions exist now or are expected to change over the design life of this Insituform CIPP then appropriate adjustments must be made to the design calculations.

_EZ_
Designed by

_BCQ 6-2-03_
Checked by

ITI-AIG 005613

◇◇◇◇◇◇◇ **INSITUFORM® CIPP DESIGN** ◇◇◇◇◇◇◇
(as per ASTM F1216)

5/23/2003

**Client:** MWRA
**Project:** East Boston Branch Sewer Rehabilitation
**Location:** Boston, MA

Conduit \ Condition: Gravity Sewer, Partially Deteriorated

| | |
|---|---|
| 300,000 psi | Flexural Modulus |
| 50 % | Flexural Modulus Retention to Account for Long-term Effects |
| 4,500 psi | Flexural Strength |
| 2 | Safety Factor for External Loads |
| 39.2 inches | Mean Diameter |
| 36.8 inches | Minimum Diameter |
| 6 % | Ovality |
| 19.3 feet | Maximum External Water Head to Invert |
| 20.9 feet | Depth at Top of Conduit, Soil Only |

**Thickness Limitations ( inches )**

0.700 : Maximum compressive hoop stress
0.885 : External pressure buckling

**Minimum Design Thickness** = 0.89 inches
= 22.5 mm
DR = 44.2

**Mode of Failure:** External pressure buckling

The input data for this project should be verified in the field prior to construction. Should other conditions exist now or are expected to change over the design life of this Insituform CIPP then appropriate adjustments must be made to the design calculations.

EE
Designed by

BCD 6-2-03
Checked by

◇◇◇◇◇◇◇ **INSITUFORM® CIPP DESIGN** ◇◇◇◇◇◇◇
(as per ASTM F1216)

5/23/2003

**Client:** MWRA
**Project:** East Boston Branch Sewer Rehabilitation
**Location:** Boston, MA

Conduit \ Condition: Gravity Sewer, Partially Deteriorated

| | |
|---|---|
| 300,000 psi | Flexural Modulus |
| 50 % | Flexural Modulus Retention to Account for Long-term Effects |
| 4,500 psi | Flexural Strength |
| 2 | Safety Factor for External Loads |
| 39.2 inches | Mean Diameter |
| 36.8 inches | Minimum Diameter |
| 6 % | Ovality |
| 25.3 feet | Maximum External Water Head to Invert |
| 26.9 feet | Depth at Top of Conduit, Soil Only |

Thickness Limitations ( inches )

0.795 : Maximum compressive hoop stress
0.967 : External pressure buckling

**Minimum Design Thickness** = 0.97 inches
= 24.6 mm
DR = 40.5

**Mode of Failure :** External pressure buckling

The input data for this project should be verified in the field prior to construction. Should other conditions exist now or are expected to change over the design life of this Insituform CIPP then appropriate adjustments must be made to the design calculations.

EZ
Designed by

BoP 6-2-03
Checked by

03/23/03  FRI 11:31 FAX 6365506744           INSITUFORM TECHNOLOGIES                    ☒007

## ◇◇◇◇◇◇◇ INSITUFORM® CIPP DESIGN ◇◇◇◇◇◇◇
### (as per ASTM F1216)

5/23/2003

**Client:** MWRA
**Project:** East Boston Branch Sewer Rehabilitation
**Location:** Boston, MA

Conduit \ Condition: Gravity Sewer, Partially Deteriorated

| | |
|---|---|
| 300,000 psi | Flexural Modulus |
| 50 % | Flexural Modulus Retention to Account for Long-term Effects |
| 4,500 psi | Flexural Strength |
| 2 | Safety Factor for External Loads |
| 39.2 inches | Mean Diameter |
| 36.8 inches | Minimum Diameter |
| 6 % | Ovality |
| 27.2 feet | Maximum External Water Head to Invert |
| 28.8 feet | Depth at Top of Conduit, Soil Only |

### Thickness Limitations (inches)

0.823 : Maximum compressive hoop stress
0.990 : External pressure buckling

**Minimum Design Thickness** =  0.99   inches
                            =  25.2   mm
                        DR =  39.5

**Mode of Failure:** External pressure buckling

The input data for this project should be verified in the field prior to construction. Should other conditions exist now or are expected to change over the design life of this Insituform CIPP then appropriate adjustments must be made to the design calculations.

EZ
Designed by

BcQ 6-2-03
Checked by

ITI-AIG 005616

## INSITUFORM® CIPP DESIGN
### (as per ASTM F1216)

5/23/2003

**Client:** MWRA
**Project:** East Boston Branch Sewer Rehabilitation
**Location:** Boston, MA

Conduit \ Condition: Gravity Sewer, Partially Deteriorated

| | |
|---|---|
| 300,000 psi | Flexural Modulus |
| 50 % | Flexural Modulus Retention to Account for Long-term Effects |
| 4,500 psi | Flexural Strength |
| 2 | Safety Factor for External Loads |
| 39.2 inches | Mean Diameter |
| 36.8 inches | Minimum Diameter |
| 6 % | Ovality |
| 26.3 feet | Maximum External Water Head to Invert |
| 27.9 feet | Depth at Top of Conduit, Soil Only |

### Thickness Limitations (inches)

0.810 : Maximum compressive hoop stress
0.978 : External pressure buckling

**Minimum Design Thickness** = 0.98 inches
= 24.9 mm
DR = 40.0

**Mode of Failure:** External pressure buckling

The input data for this project should be verified in the field prior to construction. Should other conditions exist now or are expected to change over the design life of this Insituform CIPP then appropriate adjustments must be made to the design calculations.

*EZ*
Designed by

*AeR 6-2-03*
Checked by

ITI-AIG 005617

Massachusetts Water Resources Authority
East Boston Branch Sewer Rehabilitation Project
East Boston, MA
Contract No. 6640

| Inversion Number | Manhole Station | Size | | Length | Depth (Invert) | Groundwater (Invert) | Design Thickness | |
|---|---|---|---|---|---|---|---|---|
| | | Width in | Height in | ft | ft | ft | in | mm |
| 1 | 3+80 to 7+00 to 10+29 | 39 | 41 | 949 | 20.0 | 17.0 | 0.85 | 21.6 |
| 2 | 3+80 to 0+69 to 48+31 to 45+28 | 39 | 41 | 1235 | 22.6 | 17.6 | 0.85 | 21.6 |
| 3 | 34+20 to 37+19 to 40+29 | 39 | 41 | 909 | 24.3 | 19.3 | 0.89 | 22.6 |
| 4 | 34+20 to 30+34 to 27+17 | 39 | 41 | 703 | 30.9 | 26.3 | 0.97 | 24.6 |
| 5 | 15+01 to 18+48 to 20+68 to 24+11 to 27+17 | 39 | 41 | 1218 | 32.2 | 27.2 | 0.99 | 25.2 |
| 6 | 15+01 to 12+00 to 9+20 to 4+78 | 39 | 41 | 1029 | 31.3 | 28.3 | 0.98 | 24.9 |

**PHYSICAL PROPERTIES**
Flexural Modulus    300,000 psi
Flexural Modulus Long Term  150,000 psi
Flexural Strength    4,500 psi

**DESIGN PARAMETERS**
Partially Deteriorated
Factor of Safety   2
Ovality    6%
Groundwater  5' below Surface

| | MH Station Elevations | | Slope |
|---|---|---|---|
| | ft | ft | |
| | 93.78 | 94.1 | 0.0005 |
| | 93.75 | 92.76 | 0.0098 |
| | 92.04 | 92.76 | 0.0012 |
| | 92.04 | 91.71 | 0.0005 |
| | 91.71 | 90.59 | 0.0009 |
| | 90.56 | 89.87 | 0.0007 |

Slope Calculations

| Inversion Number | Manhole Station | Size | | | Length | Thickness | | Slope | Existing Brick Sewer | | | | Inverted Insituform CIPP | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Width in | Height in | Equiv. Diam. in | ft | in | mm | ft/ft | Flow Area ft² | Wetted Perimeter ft | Hydraulic Radius ft | Flowrate cfs | Flow Area ft² | Wetted Perimeter ft | Hydraulic Radius ft | Flowrate cfs |
| 1 | 3+50 to 7+00 to 10+29 | 39 | 41 | 38.2 | 943 | 0.85 | 21.6 | 0.0005 | 8.4 | 10.3 | 0.82 | 19.2 | 7.7 | 9.9 | 0.78 | 19.6 |
| 2 | 3+80 to 0+69 to 48+31 to 45+28 | 39 | 41 | 38.2 | 1236 | 0.85 | 21.6 | 0.0008 | 8.4 | 10.3 | 0.82 | 20.5 | 7.7 | 9.8 | 0.78 | 24.8 |
| 3 | 34+20 to 37+19 to 40+29 | 39 | 41 | 38.2 | 909 | 0.89 | 22.6 | 0.0012 | 8.4 | 10.3 | 0.82 | 30.1 | 7.8 | 9.8 | 0.78 | 30.3 |
| 4 | 34+20 to 30+34 to 27+17 | 39 | 41 | 38.2 | 703 | 0.97 | 24.6 | 0.0005 | 8.4 | 10.3 | 0.82 | 19.2 | 7.8 | 9.8 | 0.78 | 19.3 |
| 5 | 15+01 to 19+48 to 20+83 to 24+11 to 27+17 | 39 | 41 | 38.2 | 1218 | 0.99 | 25.2 | 0.0009 | 8.4 | 10.3 | 0.82 | 21.6 | 7.8 | 9.7 | 0.78 | 23.8 |
| 6 | 15+01 to 12+00 to 9+20 to 4+78 | 39 | 41 | 38.2 | 1029 | 0.98 | 24.9 | 0.0007 | 8.4 | 10.3 | 0.82 | 19.2 | 7.8 | 9.7 | 0.78 | 22.8 |

$n_{field} = 0.015$
$n_{test} = 0.011$

$$Q = V \times A = \frac{1.486}{n} \times A \times R^{2/3} \times S^{1/2}$$

ITI-AIG 005618

INSITUFORM TECHNOLOGIES

Addendum No. 9
Attachment 4

## APPENDIX B

## CERTIFICATE OF DESIGN

The undersigned hereby certifies that he/she is a Professional Engineer registered in the Commonwealth of Massachusetts and that he/she has been employed by (Name of Contractor) _Insituform Technologies_ to design _Insituform CIPP_ in accordance with Specifications Section _02713_ for the East Boston Branch Sewer Rehabilitation Project (MWRA Construction Contract 6840). The undersigned further certifies that he/she has performed similar designs previously and has performed the design of the _Insituform CIPP_; that said design is in conformance with all applicable local, state, and federal codes, rules, and regulations and professional practice standards; that his/her signature and Professional Engineer (P.E.) Stamp have been affixed to all calculations and drawings used in, and resulting from, the design; and that the use of that stamp signifies the responsibility of the undersigned for that design.

The undersigned hereby agrees to provide five (5) copies of the Design Drawings and Calculations to the Authority prior to ordering any materials and/or performing any work covered by this Certificate of Design.

BRIAN C. DORWART
P.E. Name

_[signature]_
Signature

SENIOR ASSOCIATE
Title

206 JOE ENGLISH RD.
Address
NEW BOSTON, NH 03070

32116
P.E. License No.

_[Seal: COMMONWEALTH OF MASSACHUSETTS, BRIAN C. DORWART, CIVIL, No. 32116, REGISTERED PROFESSIONAL ENGINEER]_ 6-2-03

Insituform Technologies Inc
Contractor's Name

_[signature]_ THOMAS PORZIO
Signature

Project Executive
Title

253 B Worcester Rd
Address
Charlton, MA 01507

**END OF SECTION**

EBBS REHABILITATION             02713-16                    December 2002