# EXHIBIT L



**Insituform**
*Technologies, Inc.*

*Worldwide Pipeline Rehabilitation*

253 B Worcester Rd.
Charlton, MA 01507

Tel: 508-248-1700
Fax: 508-248-1709

**Via Email and FedEx**

May 20, 2005

Jon D'Allessandro
President
D'Allessandro Corp.
41 Ledin Drive
P.O. Box 245
Avon, MA  02322

Subj:   **Revised Shot 5 Relining Design and Resin Submittal** - East Boston Branch Sewer
Rehabilitation, MWRA Contract No. 6840

Dear Mr. D'Allessandro:

Enclosed  are two design submittals for the relining from manhole MH 24+11 to MH 15+01. One is the originally submitted and approved design, which is in accordance  with the existing contract documents and direction provided by the Engineer. The other corresponds to the discussions in our meeting with Jacobs Civil and the MWRA  on April 14th where we suggested using a thicker liner. We believe the original design specified was not the appropriate design for this shape pipe, with the result that the thickness and factor of safety were too low for the conditions of this installation in a variable, asymmetrical, noncircular shaped pipe.  Accordingly, in light of the structural failure that has occurred, ITI reiterates its suggestion of May 2003 that an alternative design calculation and resin be used for the new liner.  We believe a design resulting in a thicker liner and a resin with a higher flexural modulus is appropriate and prudent.

Please note that for the alternative design submittal, the liner material (i.e., the carrier tube) is unchanged, except for thickness. The specification sheet for the proposed alternative 102TA resin is attached.  All other aspects of the operation are unchanged.  Details regarding the schedule, access locations, and installation plan will follow under separate cover.

Please note that MWRA/Jacobs Civil should (1) select the design to be utilized; (2) approve the bypass plan; and (3) confirm a date for access to the site before Insituform can proceed to order materials for the work.

Sincerely,
**INSITUFORM TECHNOLOGIES, INC.**

Thomas Porzio
District Manager

Cc:   R. Baxter – ITI (via email)
Greg Laszczynski – ITI (via email)
Paul Sevard – Jacobs Civil (via email)
Dennis Doherty – Jacobs Civil (via email)
TJ Shea – D'Allessandro Corp. (via email)

ITI-AIG 011777