UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INSITUFORM TECHNOLOGIES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AMERICAN HOME ASSURANCE ) <br> COMPANY, ) <br> ) <br> Defendant. ) <br> ) | CASE NO. 04-10487 GAO |

**AMERICAN HOME ASSURANCE COMPANY'S
MOTION FOR LEAVE TO FILE REPLY MEMORANDUM
IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

Defendant American Home Assurance Company ("American Home") hereby moves for leave to file the accompanying Reply Memorandum in further support of its Motion for Summary Judgment and in further opposition to Plaintiff's Cross-Motion for Summary Judgment (the "Reply") attached as Exhibit A. In support of this Motion, American Home states the following:

1.  American Home's accompanying Reply is necessary to respond to certain arguments contained in Insituform's Reply Memorandum in Support of Its Cross Motion for Summary Judgment not previously presented to the Court and will assist the Court in its consideration of the pending motions.

2.  It is in the interest of justice to permit American Home to file the Reply and the filing thereof will neither prejudice Plaintiff nor delay resolution of the pending motions.

10194091.1

- 2 -

WHEREFORE, American Home requests that its Motion for Leave to File a Reply Memorandum be granted.

AMERICAN HOME ASSURANCE COMPANY,

By its attorneys,

/s/ G. Deschenes
Gregory P. Deschenes (BBO #550830)
gdeschenes@nixonpeabody.com
Gregg A. Rubenstein (BBO #639680)
grubenstein@nixonpeabody.com
Kurt M. Mullen (BBO #651954)
kmullen@nixonpeabody.com
NIXON PEABODY LLP
100 Summer Street
Boston, Massachusetts 02110
(617) 345-1000
(617) 345-1300 (facsimile)

Dated: November 16, 2006

### LOCAL RULE 7.1(A) CERTIFICATION

By signing below, the undersigned certifies that he conferred with counsel for plaintiff on November 16, 2006 in a good faith effort to resolve or narrow the issue presented by this motion.

Kurt M. Mullen

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by first class mail on November 16, 2006 and upon all parties registered for electronic notification via the Court's electronic filing system.

/s/ G. Deschenes
Gregory P. Deschenes

10194091.1