IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INSITUFORM TECHNOLOGIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 04 10487 GAO |
| ) | |
| AMERICAN HOME ASSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

## AFFIDAVIT OF CHARLES L. PHILBRICK

I, Charles L. Philbrick, depose and state as follows:

1. I am member in good standing of the bar of the state of Illinois. I am a Partner at Holland & Knight LLP, which represents plaintiff Insituform's Technologies Incorporated ("Insituform"), in the above caption matter. I submit this affidavit in support of Insituform's Motion for Leave to Supplement the Record in Support of its Cross-Motion for Summary Judgment.

2. Attached is Exhibit 1 is a true and accurate copy of the manuscript of the deposition of Chris Campos, taken on May 7, 2007. Attached as Exhibit 2 is a true and accurate copy of the deposition exhibits marked at Mr. Campos's deposition.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 6th day of July, 2007.

By: _____/s/ Charles L. Philbrick_____
Charles L. Philbrick

# 4624427_v1