UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| INSITUFORM TECHNOLOGIES, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 04-10487 GAO |
| AMERICAN HOME ASSURANCE COMPANY, | ) ) ) ) | |
| Defendant. | ) ) | |

**AFFIDAVIT OF KURT M. MULLEN**

I, Kurt M. Mullen, depose and state as follows:

1. I am a member in good standing of the bar of the Commonwealth of Massachusetts. I am an associate at Nixon Peabody LLP, which represents Defendant American Home Assurance Company ("American Home"), in the above-captioned matter. I submit this affidavit in connection with American Home's Opposition to Insituform's Motion for Leave to Supplement the Record in Support of its Cross-Motion for Summary Judgment.

2. Attached as Exhibit 1 is a true and accurate copy of pages 1 through 5 and 174 through 177 of the manuscript of the Deposition of Thomas Porzio, taken January 23, 2007 (the "Porzio Day 1 deposition"), in connection with this matter.

3. Attached as Exhibit 2 is a true and accurate copy of pages 1 through 5 and 98 through 101 of the manuscript of the Deposition of Thomas Porzio, taken February 2, 2007 (the "Porzio Day 2 deposition"), in connection with this matter.

- 2 -

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 20th day of July, 2007.

                                                    /s/ Kurt M. Mullen
                                                  Kurt M. Mullen

Case 1:04-cv-10487-GAO    Document 71    Filed 07/20/2007    Page 2 of 2

- 2 -