THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INSITUFORM TECHNOLOGIES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AMERICAN HOME ASSURANCE COMPANY, ) <br> ) <br> Defendant. ) | Case No. 04 10487 GAO |

**INSITUFORM'S RULE 26(a)(3) DISCLOSURE**

Plaintiff, Insituform Technologies, Inc., by its counsel of record, makes this disclosure pursuant to Fed.R.Civ.P. 26(a)(3) and Local Rule 16.5:

**A.    Witnesses To Be Called.**

Plaintiff will call the following witnesses:

Larry Mangles, Director of Finance, North America
Insituform Technologies, Inc.
17988 Edison Avenue
Chesterfield, MO 63005
(636) 530-8000

Thomas Porzio
147 Dudley-Oxford Road
Dudley, MA 01571

Chris Campos, CPA
Campos & Straits P.C.
310 Cedar Lane
Teaneck, NJ 07666
(201) 692-0300

Plaintiff may call the following witnesses:

Juanita M. Britton
AIG Technical Services, Incorporate
Excess Casualty Claims
175 Water Street, 22nd Floor
New York, NY  10038

1

(212) 458-3725

Lisa Hardy
AIG Technical Services, Incorporate
Excess Casualty Claims
175 Water Street, 22nd Floor
New York, NY  10038
(212) 458-5707

Kenneth Horenstein
AIG Technical Services, Incorporate
Excess Casualty Claims
175 Water Street, 22nd Floor
New York, NY  10038

AIG Corporate Representative
Pursuant To Federal Rule Of Civil Procedure
Rule 30(b)(6) with knowledge as to the contents
and authenticity of American Homes' claim file

Margaret Hoeler
AIG Technical Services, Incorporate
1200 Abernathy Road NE
North Park Town Center
Building 600
Atlanta, GA  30328
(707) 671-2320

Jon D'Allessandro
41 Ledin Drive
P.O. Box 245
Avon, MA  02322
(508) 559-6400

Liberty Mutual Corporate Designee Re Coverage and Payment
Plaintiff reserves the right to call any witness listed by Defendant.

**B.      Designation Of Deposition Testimony**

Insituform does not expect to present the stenographically recorded deposition testimony of any witness.  Insituform reserves the right to rely upon stenographically recorded deposition testimony of any witness identified by American Home or any witness who becomes unavailable.

**C.    Proposed Trial Exhibits.**

Plaintiffs may offer the following exhibits at trial:

| Trial Exhibit No. | Description |
|---|---|
| PL 1 | American Home Umbrella Policy No. 3206925 (I00195 to I00151) |
| PL 2 | Liberty Mutual CGL Policy No. R62-641-004218-033 (I00001 to I00103) |
| PL 3 | EBB3 Rework Insurance Claim: Binder 1 of 4 (ITI-AIG 000001 to 364) |
| PL 4 | EBB3 Rework Insurance Claim: Binder 2 of 4 (ITI-AIG 000365 to 977) |
| PL 5 | EBB3 Rework Insurance Claim: Binder 3 of 4 (ITI-AIG 000978 to 1833) |
| PL 6 | EBB3 Rework Insurance Claim: Binder 4 of 4 (ITI-AIG 001834 to 2608) |
| PL 7 | American Home Declination of Coverage (I00153 to I00156) |
| PL 8 | D'Allessandro Invoice/Payment Details (I00164 to I00197) |
| PL 9 | Final Close-Out Costs (I00405 to I00433) |
| PL 10 | Lockton Correspondence to Liberty and American Home of February 23, 2004 (AH00791) (Insit. Dep. Ex. 9) |
| PL 11 | Lockton Correspondence to Liberty Mutual of April 8, 2004 (AH 00575 to AH 00721) (Insituform Dep. Ex. 11) |

| PL 12 | Liberty Correspondence to Insituform of December 10, 2004 (Exhibit A to Supplemental Affidavit of Robert Kelly) |
|---|---|
| PL 13 | Liberty Mutual Check Numbers AO-80195880 and AO-80194240 dated December 13, 2004 and September 24, 2004, respectively (Exhibit B to Supplemental Affidavit of Robert Kelly) |
| PL 14 | Insituform 10-K 2004 (I00442 to I00509) |
| PL 15 | Calculation Of Negative Financial Covenants (I00434) |
| PL 16 | Senior Note Covenant Amendments (I00435) |
| PL 17 | Code Of Professional Conduct (C&S 0128 to 0137) |
| PL 18 | Washington Post Business Section Article August 21, 2005 (I00436 to I00439) |
| PL 19 | Fees In Conjunction With Debt Amendment (I00440) |
| PL 20 | Porzio Email Folders (I00157) |
| PL 21 | Porzio Email To Valencia of September 11, 2003 Re EBBS Accepted (I00157) |
| PL 22 | Porzio Email To Baxter And Others of October 2, 2003 Re Urgent Problem At EBBS (I00157) |
| PL 23 | Porzio Email To Valencia And Laszczynski of October 4, 2003 Re Leaks In Liner (I00157) |
| PL 24 | Porzio Email To Laszczynski And Baxter of October 9, 2003 Re Status And Support Needs (I00157) |
| PL 25 | Porzio Email To Laszczynski, Baxter And Vaughn of October 18, 2003 Re EBBS Repairs Summary - Saturday (I00157) |
| PL 26 | Photographs (D00819 to D00833) |


| | |
|---|---|
| PL 27 | Summary of AIG Impact (I00510 to I00513) |
| PL 28 | Demonstrative Exhibit(s): Summaries Insituform's Damages |
| PL 29 | Demonstrative Exhibit(s): Summaries of Insituform's Loss Submissions |
| PL 30 | Demonstrative Exhibit(s): Time Lines Summarizing Chronology of Events |

Insituform reserves the right to reply upon any exhibits identified by American Home. Insituform also may introduce additional demonstrative exhibits illustrating or summarizing Insituform's exhibits or those identified by American Home. Insituform reserves the right to supplement these disclosures. Insituform also reserves its rights to object to American Homes' disclosures as provided by Fed. R. Civ. P. Rule 26(a)(3) and local Rule 16.5 (C).

December 24, 2007                                  Respectfully submitted,

                                                   Insituform Technologies, Inc.


                                                   By:___s/Charles L. Philbrick___
                                                        One of its attorneys

Stanley A. Martin
Holland & Knight LLP
10 St. James Avenue
Boston, MA 02116
(617) 523-2700

Charles L. Philbrick
Holland & Knight LLP
131 S. Dearborn St., 30th Fl.
Chicago, IL 60603-5547
(312) 263-3600

CERTIFICATE OF SERVICE

      I hereby certify a true and correct copy of the above document was served upon the attorney of record for each party by Electronic Mail on December 24, 2007 and thereafter upon all parties registered for electronic notification via the Court's electronic filing system.

                                                                             s/Charles L. Philbrick
                                                                              Charles L. Philbrick

\# 5013352_v1