# EXHIBIT

# A

*Insituform Technologies, Inc.*
*Calculation of Negative Financial Covenants*
*12/31/04*
*$110 Million Senior Notes*
**The calculation of this covenant was changed with the March 16, 2005 amendment**

Section 10.2    **Fixed Charges Coverage Ratio**

|  |  |  |  |  |
|---|---|---:|---:|---:|
|  | Net Income (on a rolling four quarter basis) | 597 |  |  |
| *Deduct/Add* | Gains/Losses on Disposals of Fixed Assets | **314** |  |  |
| *Plus:* | Federal, State and Other Income Taxes | (835) |  |  |
|  | Total Consolidated Depreciation and Amortization | 19,438 |  |  |
|  |  |  |  |  |
|  | Consolidated Fixed Charges |  |  |  |
|  | Rent Expense | 21,345 |  |  |
|  | Interest Expense | 9,305 |  |  |
|  | **Consolidated Income Available for Fixed Charges** | **50,164** | 52,105 | (1,941) |
|  |  |  |  |  |
|  | **Consolidated Fixed Charges (Rent + Interest)** | **30,650** | 30,650 |  |
|  |  |  |  |  |
|  | **Ratio** | **1.64** | **1.70** |  |

| | | |
|---|---|---:|
| **Accepted Ratio (Minimum)** | | 1.70 |
| **Cushion (Shortfall)** | $ | (1,941) |

Covenants Q404 Fixed Charge.xls

I 00434

## Summary of Costs of 3/16/05 Note Amendment

| | Costs to 2/04/08 | | Additional Interest Cost |
| --- | --- | --- | --- |
| | Fees | Interest | 2/05/08 to Maturity |
| 1997 Series | | 445,571.23 | |
| 2003 Series | 260,000.00 | 939,383.56 | 1,697,123.29 |
| Fees/Legal Costs | 379,148.51 | | |
| | | | |
| Total | 639,148.51 | 1,384,954.79 | 1,697,123.29 |
| Grand Total | | $ 2,024,103.30 | $   3,721,226.59 |

I 00514

**Impact of 3/16/05 Amendment on 1997 Senior Notes**

| | |
|---|---:|
| Principal Balance on 3/16/05 | $ 31,425,000 |
| Principal payment on 2/14/06 | (15,710,000) |
| Principal balance on 2/14/06 | 15,715,000 |
| Principal payment on 2/14/07 | (15,715,000) |
| Principal balance on 2/14/07 | $          - |

**NOTE:  Principal on the 1997 Senior Notes was paid in annual installments of $15.7 million until retirement in 2/14/07**

**NOTE 2:  As a result of the amendment on March 16, 2005, the Note's coupon was increased by 1% annually; Impact is shown below**

| Dates | Principal Balance | Incremental Coupon | Days O/S | Impact |
|---|---|---|---|---|
| 3/16/05 to 2/14/06 | $   31,425,000 | 1.00% | 335 | 288,421.23 |
| 2/14/06 to 2/14/07 | $   15,715,000 | 1.00% | 365 | 157,150.00 |
| Total | | | | $ 445,571.23 |

| | |
|---|---:|
| Date of Installment Pmt (2/14/06 | 2/14/2006 |
| Date of Amendment | 3/16/2005 |
| Days in between | 335 |

**Impact of 3/16/05 Amendment on 2003 Senior Notes**

Principal Balance                                                $  65,000,000

**NOTE:  Principal on the 2003 Senior Notes will be paid in one balloon payment on 4/24/2013**

**NOTE 2:  As a result of the amendment on March 16, 2005, the Note's coupon was increased by 0.5% annually; Impact to date and maturity is shown below**

| Dates | | Principal Balance | Incremental Coupon | Days O/S | Impact ($) |
|---|---|---|---|---|---|
| 3/16/05 to 2/4/08 | $ | 65,000,000 | 0.50% | 1,055 | 939,383.56 |
| 2/5/08 to 4/24/13 | $ | 65,000,000 | 0.50% | 1,906 | 1,697,123.29 |
| Additional Interest Expense | | | | | 2,636,506.85 |
| Noteholder Waiver Fee | | | | | 260,000.00 |
| **Total** | | | | | **$2,896,506.85** |

| | |
|---|---|
| Date of Trial | 2/4/2008 |
| Date of Amendment | 3/16/2005 |
| Days in between | 1,055 |
| | |
| Date of Maturity | 4/24/2013 |
| Days from Trial to Maturity | 1,906 |

I 00516

**Other Fees paid in Conjunction with Debt Amendment on 3/16/05**

**Chapman and Cutler (legal counsel for Noteholders)**

|  |  |
|---|---|
| 3/18/2005 | 30,764 |
| 9/26/2005 | 1,675 |
|  | 32,439 |

**SPP Capital Partners (Amendment Facilitation)**

|  |  |
|---|---|
| 2/28/2005 | 25,000 |
| 3/31/2005 | 177,696 |
|  | 202,696 |

**Bryan Cave (Bank of America legal counsel)**

|  |  |
|---|---|
| 3/31/2005 | 13,500 |

**Thompson Coburn (Insituform legal counsel)**

|  |  |
|---|---|
| 2/24/2005 | 1,742 |
| 3/21/2005 | 54,474 |
| 4/25/2005 | 74,297 |
|  | 130,514 |

**Total** 379,149