IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INSITUFORM TECHNOLOGIES, INC., ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 04-10487GAO |
| ) | |
| AMERICAN HOME ASSURANCE ) | |
| COMPANY, ) | |
| Defendant. ) | |

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the following document was served upon the attorney of record for the Defendant by virtue of electronically filing this document with the Court on the 16th day of January 2008.

**JOINT PRETRIAL MEMORANDUM**

By: __/s/ Stanley A. Martin__
Stanley A. Martin, Esq.
Holland & Knight LLP
10 St. James Avenue
Boston, MA 02116
(617) 523-2700

# 4032767_v1