# EXHIBIT 2

Insituform Technologies Inc.
Reparation Costs on EBBS-Boston
Project No. 160214
Total Cost Summary
March 24, 2006

| | Section # | Repair Costs Phase 1 | Section # | Repair Costs Phase 2 | Total |
|---|---|---|---|---|---|
| **Phase 1 Repairs** | | | | **Phase 2 Repairs** | |
| Payroll & Burden - Write-ups | A | | E | | |
| Field Gross Payroll Report | A-1 | 514,240.87 | E-1 | 190,604.44 | 704,845.31 |
| Wetout Gross Payroll | A-4 | 24,996.59 | N/A | 0.00 | 24,996.59 |
| Labor - Burden & Benefits | A-1 & A-4 | 213,196.48 | E-1 | 65,908.36 | 279,104.84 |
| Equipment and Expendable Supplies | B | 417,832.49 | F-1 | 109,479.00 | 527,311.49 |
| Materials - Tube, Resin & Freight - Write-ups | C | | G | | |
| Tube & Resin - Materials | C-1 | 395,074.52 | G-1 | 106,427.65 | 501,502.17 |
| Subcontractors and Third Party Invoices | D | | H | | |
| Equipment Rentals | D-1 | 984.38 | H-1 | 35,992.60 | 36,976.98 |
| Per Deim & Lodging | D-2 | 66,452.49 | H-2 | 19,988.22 | 86,440.71 |
| Expendables and Supplies | D-3 | 92,966.81 | H-3 | 28,843.54 | 121,810.35 |
| Miscellaneous Expenses | D-4 | 200,950.60 | H-4 | 157,642.67 | 358,593.27 |
| Independent Testing Services | D-5 | 9,925.00 | H-5 | 550.00 | 10,475.00 |
| Field Office Expense | D-6 | 1,077.98 | | 0.00 | 1,077.98 |
| Air Travel | D-7 | 8,998.68 | H-6 | 1,813.81 | 10,812.49 |
| Meals | D-8 | 1,332.92 | H-7 | 1,117.27 | 2,450.19 |
| Subcontractors and Consultants | D-9 | 3,327,123.85 | H-8 | 1,140,777.83 | 4,467,901.68 |
| Close-out Costs | | 0.00 | I | 264,000.00 | 264,000.00 |
| **Totals** | | **5,275,153.66** | | **2,123,145.39** | **7,398,299.05** |

ITI-AIG 000002