# EXHIBIT 9

## Deschenes, Gregory

| | |
|---|---|
| **From:** | charles.philbrick@hklaw.com |
| **Sent:** | Thursday, December 27, 2007 4:51 PM |
| **To:** | Mullen, Kurt |
| **Cc:** | Deschenes, Gregory; lisa.davlin@hklaw.com; stan.martin@hklaw.com |
| **Subject:** | FW: I 00440 reproduced |

**Attachments:** I 00440 reproduced.pdf



I 00440
reproduced.pdf (38 KB

    <<I 00440 reproduced.pdf>> Kurt:  We are reproducing page I 00440.
That is a page from an excel spread sheet and only a portion of the
content was marked for printing.  This replaces the page marked  before
and has all of the content.  If you have any questions, please give me a
call.  Charlie.

Holland + Knight

Charles L. Philbrick
Partner
Holland & Knight LLP

131 South Dearborn Street, 30th Floor
Chicago, Illinois  60603

Direct 312 715 5834
Fax    312 578 6666
Email  charles.philbrick@hklaw.com

www.hklaw.com

NOTICE:  This e-mail is from a law firm, Holland & Knight LLP ("H&K"),
and is intended solely for the use of the individual(s) to whom it is
addressed.  If you believe you received this e-mail in error, please
notify the sender immediately, delete the e-mail from your computer and
do not copy or disclose it to anyone else.  If you are not an existing
client of H&K, do not construe anything in this e-mail to make you a
client unless it contains a specific statement to that effect and do not
disclose anything to H&K in reply that you expect it to hold in
confidence.  If you properly received this e-mail as a client,
co-counsel or retained expert of H&K, you should maintain its contents
in confidence in order to preserve the attorney-client or work product
privilege that may be available to protect confidentiality.

**Fees in conjunction with Debt Amendment**
**Fourth Quarter 2004**

| | |
|---|---:|
| **Chapman and Cutler** | |
| 1/26/2005 | 1,380 |
| 3/18/2005 | 30,764 |
| 9/26/2005 | 1,675 |
| | 33,819 |
| **SPP Capital Partners** | |
| 2/28/2005 | 25,000 |
| 3/31/2005 | 177,696 |
| | 202,696 |
| | |
| **Bryan Cave** | |
| 3/31/2005 | **13,500** |
| | |
| | |
| **Thompson Coburn** | |
| 6/7/2005 | 5,437 |
| 6/27/2005 | 1,601 |
| 10/31/2005 | 6,551 |
| 12/28/2005 | 6,668 |
| | 20,257 |
| | |
| **Total** | **270,272** |

I 00440