# EXHIBIT 10

# Holland+Knight

Tel   312 263 3600
Fax   312 578 6666

Holland & Knight LLP
131 South Dearborn Street, 30th Floor
Chicago, IL 60603-5517
www.hklaw.com

Charles L. Philbrick
312 715 5834
charles.philbrick@hklaw.com

December 28, 2007

Kurt M. Mullen
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110

     Re:   *Insituform Technologies, Inc. v. American Home Assurance Company*
          Case No. 04 10487 GAO

Dear Kurt:

     Enclosed please find additional documents which simplify and correct spreadsheets which we previously produced to American Home as well as some of the backup documentation.

     If you have any comments or questions, please do not hesitate to contact me.

               Yours very truly,

               Charles L. Philbrick

CLP/mp
Enclosures

# 5025915_v1

## Summary of Costs of 3/16/05 Note Amendment

|  | Costs to 2/04/08 | | Additional Interest Cost 2/05/08 to Maturity |
|  | Fees | Interest |  |
|---|---|---|---|
| 1997 Series |  | 445,571.23 |  |
| 2003 Series | 260,000.00 | 939,383.56 | 1,697,123.29 |
| Fees/Legal Costs | 379,148.51 |  |  |
| Total | 639,148.51 | 1,384,954.79 | 1,697,123.29 |
| Grand Total |  | $ 2,024,103.30 | $  3,721,226.59 |

I 00514

### Impact of 3/16/05 Amendment on 1997 Senior Notes

| | |
|---|---:|
| Principal Balance on 3/16/05 | $ 31,425,000 |
| Principal payment on 2/14/06 | (15,710,000) |
| Principal balance on 2/14/06 | 15,715,000 |
| Principal payment on 2/14/07 | (15,715,000) |
| Principal balance on 2/14/07 | $          - |

**NOTE:  Principal on the 1997 Senior Notes was paid in annual installments of $15.7 million until retirement in 2/14/07**

**NOTE 2:  As a result of the amendment on March 16, 2005, the Note's coupon was increased by 1% annually; Impact is shown below**

| Dates | Principal Balance | Incremental Coupon | Days O/S | Impact |
|---|---|---|---|---|
| 3/16/05 to 2/14/06 | $   31,425,000 | 1.00% | 335 | 288,421.23 |
| 2/14/06 to 2/14/07 | $   15,715,000 | 1.00% | 365 | 157,150.00 |
| Total | | | | $ 445,571.23 |

| | |
|---|---|
| Date of Installment Pmt (2/14/06 | 2/14/2006 |
| Date of Amendment | 3/16/2005 |
| Days in between | 335 |

I 00515

## Impact of 3/16/05 Amendment on 2003 Senior Notes

Principal Balance                                    $  65,000,000

**NOTE:  Principal on the 2003 Senior Notes will be paid in one balloon payment on 4/24/2013**

**NOTE 2:  As a result of the amendment on March 16, 2005, the Note's coupon was increased by 0.5% annually; Impact to date and maturity is shown below**

| Dates | | Principal Balance | Incremental Coupon | Days O/S | Impact ($) |
|---|---|---|---|---|---|
| 3/16/05 to 2/4/08 | $ | 65,000,000 | 0.50% | 1,055 | 939,383.56 |
| 2/5/08 to 4/24/13 | $ | 65,000,000 | 0.50% | 1,906 | 1,697,123.29 |
| Additional Interest Expense | | | | | 2,636,506.85 |
| Noteholder Waiver Fee | | | | | 260,000.00 |
| Total | | | | | **$2,896,506.85** |

| | |
|---|---|
| Date of Trial | 2/4/2008 |
| Date of Amendment | 3/16/2005 |
| Days in between | 1,055 |
| | |
| Date of Maturity | 4/24/2013 |
| Days from Trial to Maturity | 1,906 |

I 00516

**Other Fees paid in Conjunction with Debt Amendment on 3/16/05**

| | | |
|---|---|---:|
| **Chapman and Cutler (legal counsel for Noteholders)** | | |
| | 3/18/2005 | 30,764 |
| | 9/26/2005 | 1,675 |
| | | 32,439 |
| **SPP Capital Partners (Amendment Facilitation)** | | |
| | 2/28/2005 | 25,000 |
| | 3/31/2005 | 177,696 |
| | | 202,696 |
| | | |
| **Bryan Cave (Bank of America legal counsel)** | | |
| | 3/31/2005 | 13,500 |
| | | |
| **Thompson Coburn (Insituform legal counsel)** | | |
| | 2/24/2005 | 1,742 |
| | 3/21/2005 | 54,474 |
| | 4/25/2005 | 74,297 |
| | | 130,514 |
| | | |
| **Total** | | **379,149** |

I 00517

# THOMPSON COBURN

*Thompson Coburn LLP*
*Attorneys at Law*

February 24, 2005
Invoice #984646

Insituform Technologies, Inc.
Attn: Christian Farman
702 Spirit 40 Park Drive
Chesterfield, Missouri 63005

**Remit To:**
P.O. Box 18379M
St. Louis, Missouri 63195

SS 1/05

**Wire Transfer Instructions:**
Account Name: Thompson Coburn LLP
Bank: U.S. Bank
ABA/Routing Number: 081000210
Account Number: 1000606952
Reference Invoice number(s) on wire.

**Direct Correspondence To:**
One US Bank Plaza
St. Louis, Missouri 63101-1693
314-552-6000

EIN 43-0666662

---

For Legal Services Rendered in Connection With:

Debt Private Placement
TC File: 36926 / 37702

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 01/05/05 | P. Fanchi | 1.5 | Review committee presentation; comments to C. Farman |
| 01/11/05 | P. Fanchi | 1.7 | Review Bank of America financing proposal; prepare comments; e-mail correspondence with C. Malon re same |
| 01/14/05 | P. Fanchi | 0.5 | Review proposed memorandum to committee; e-mail correspondence with L. Jones re same |
| 01/17/05 | P. Fanchi | 0.6 | Telephone conference with D. Morris; review materials forwarded by C. Farman |
| 01/19/05 | P. Fanchi | 0.9 | Telephone conference with C. Farman and C. Malon; review note purchase documents re required amendments |

TOTAL HOURS      5.20

SUBTOTAL FOR SERVICES      $1,742.00

### TIME SUMMARY BY TIMEKEEPER

| Timekeeper | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Fanchi | 5.20 | 335.00 | 1,742.00 |
| Total All Timekeepers | 5.20 | 335.00 | 1,742.00 |

TOTAL DUE      **$1,742.00**

dm
3/5/05

A....... #900.229.L.20
N.O.. 51402
514402

**I 00518**

# THOMPSON COBURN

*Thompson Coburn LLP*
*Attorneys at Law*

March 21, 2005
Invoice #988215

Insituform Technologies, Inc.
Attn: David Morris, Esq.
702 Spirit 40 Park Drive
Chesterfield, Missouri 63005

**Remit To:**
P.O. Box 18379M
St. Louis, Missouri 63195    SS 2/05

**Wire Transfer Instructions:**
Account Name: Thompson Coburn LLP
Bank: U.S. Bank
ABA/Routing Number: 081000210
Account Number: 1000606952
Reference Invoice number(s) on wire.

**Direct Correspondence To:**
One US Bank Plaza
St. Louis, Missouri 63101-1693
314-552-6000

EIN 43-0666662

---

For Legal Services Rendered in Connection With:

Debt Private Placement
TC File: 36926 / 37702

| | | | |
|---|---|---|---|
| 02/03/05 | P. Fanchi | 0.9 | Telephone call from C. Malon; review Wells Fargo/Foothills proposal |
| 02/04/05 | P. Fanchi | 3.1 | Review and comment upon Wells Fargo/Foothills proposal; e-mail correspondence with C. Malon and C. Farman; review and revise Bank of America Securities proposal |
| 02/07/05 | P. Fanchi | 0.7 | Telephone conferences with C. Farman and C. Malon |
| 02/08/05 | P. Fanchi | 2.9 | Review and comment upon Wells Fargo, Global and SPP proposals; telephone conference with C. Farman; review Bank of America proposal revisions |
| 02/09/05 | P. Fanchi | 4.7 | Telephone conference with C. Farman re SPP proposal; review revised Wells Fargo proposal; comment on same; review Wells Fargo terms and conditions and borrowing base; research re SPP; review note purchase agreements for required amendments |
| 02/10/05 | P. Fanchi | 4.6 | E-mail correspondence with C. Farman; review covenants proposed by SPP; review Wells Fargo materials; review ability to use cash collateral for insurance obligations |
| 02/11/05 | P. Fanchi | 1.5 | Review SPP proposal; e-mail correspondence with C. Farman; telephone conference with C. Farman |
| 02/14/05 | P. Fanchi | 2.8 | E-mail correspondence with C. Farman; review revised Wells Fargo proposal; comment on same; revise Wells Fargo proposal |
| 02/15/05 | P. Fanchi | 3.6 | Telephone call from C. Malon; review Bank of America proposal; e-mail correspondence with C. Farman and C. Malon; review and revise Wells Fargo proposal; revise SPP proposal |
| 02/16/05 | P. Fanchi | 2.1 | Telephone call from C. Farman; revise Wells Fargo/Foothills proposal |
| 02/17/05 | P. Fanchi | 3.9 | Telephone call from Wells Fargo counsel; address various requests for information |

*Invoice*

**I 00519**

*Payment Due Upon Receipt*

March 21, 2005
Invoice #988215
Page 2

Insituform Technologies, Inc.

| 02/18/05 | P. Fanchi | 6.3 | E-mail correspondence with C. Malon, Wells Fargo counsel and S. Tungsiripat; review Wells Fargo requests; respond to inquiries; review credit structure |
|---|---|---|---|
| 02/19/05 | P. Fanchi | 1.3 | Review Wells Fargo/Foothills requests for information |
| 02/21/05 | P. Fanchi | 3.2 | E-mail correspondence with Wells Fargo/Foothills attorneys; review Safetyliner documents; conference with K. Eilerts re same; e-mail correspondence with C. Malon; e-mail correspondence with D. Morris and S. Tungsiripat; instructions to R. Hammett |
| 02/21/05 | R. Hammett | 0.8 | Review due diligence request, form of landlord's waivers and officer's perfection certificates on Wells Fargo/Foothills |
| 02/22/05 | H. Burke | 0.2 | Work on financing re real estate issues |
| 02/22/05 | P. Fanchi | 2.9 | E-mail correspondence and telephone conferences with Wells Fargo/Foothills attorneys; telephone conference and e-mail correspondence with D. Graham |
| 02/22/05 | P. Kirkpatrick | 0.9 | Draft subsidiaries chart and revise real property chart |
| 02/23/05 | P. Fanchi | 3.9 | E-mail correspondence and telephone conferences with Wells Fargo/Foothills attorneys, D. Graham and C. Farman; responses to Wells Fargo/Foothills requests for information |
| 02/24/05 | H. Burke | 0.2 | Conference re status; conference re environmental issues |
| 02/24/05 | P. Fanchi | 6.9 | E-mail correspondence with Morrison & Foerster; telephone conferences with C. Farman and D. Morris; instructions to H. Burke and P. Kirkpatrick; respond to Wells Fargo/Foothills requests; telephone call from D. Graham; draft note amendments |
| 02/25/05 | H. Burke | 3.7 | Telephone conference re Wells Fargo/Foothills loan; review property leases; work on reviewing files |
| 02/25/05 | P. Fanchi | 6.9 | Conference with D. Morris and S. Tungsiripat; telephone conference with Wells Fargo/Foothills; review outline of note amendments; draft note amendments; telephone call to J. Cooper |
| 02/25/05 | J. Garcia | 0.4 | Review title files; conferences re same |
| 02/25/05 | C. Kennedy | 0.8 | Conference with P Strassner and S. Jeffery re project of reviewing facility environmental information re Wells Fargo/Foothills financing |
| 02/25/05 | P. Kirkpatrick | 5.4 | Conference with D. Morris, S. Tungsiripat and P. Fanchi; revise perfection certificate and review organization documents; telephone conference with P. Fanchi, H. Siegel and D. Morris |
| 02/25/05 | D. Orwick | 0.4 | Conferences re real property title review |
| 02/25/05 | B. Soval | 0.4 | Conference re file and title review |
| 02/25/05 | P. Strassner | 0.5 | Telephone conferences with H. Burke; assemble due diligence team; conference with C. Kennedy; telephone call from D. Morris |
| 02/26/05 | M. Buesching | 8.2 | Review property files; prepare property reports |
| 02/26/05 | H. Burke | 10.4 | Work on file and title review for 70 properties; review title, survey and |



**I 00520**

March 21, 2005
Invoice #988215
Page 3

Insituform Technologies, Inc.

|          |              |      | lease summaries; prepare summary charts |
|----------|--------------|------|------|
| 02/26/05 | P. Fanchi    | 2.5  | Revise and distribute note amendments; review and revise Wells Fargo/Foothills proposal |
| 02/26/05 | J. Garcia    | 5.7  | Review Wells Fargo/Foothills property files; prepare property reports |
| 02/26/05 | C. Kennedy   | 4.6  | Review environmental files and reports for various facilities re Wells Fargo/Foothills; discussion with H. Burke re format of evaluation summary |
| 02/26/05 | E. Landgraf  | 3.5  | Review property files and complete title memoranda re Wells Fargo/Foothills |
| 02/26/05 | D. Orwick    | 8.3  | Review real estate files; draft summaries of same |
| 02/26/05 | B. Soval     | 9.0  | File and title review of owned and leased properties re Wells Fargo/Foothills |
| 02/26/05 | S. Wild      | 6.0  | Title review re Wells Fargo/Foothills |
| 02/27/05 | M. Buesching | 5.7  | Review property files; prepare property reports |
| 02/27/05 | H. Burke     | 8.0  | Work on file and title review for 70 properties; review title summaries, lease and environmental materials; prepare summaries |
| 02/27/05 | J. Garcia    | 2.5  | Review property files and prepare property reports re Wells Fargo/Foothills |
| 02/27/05 | S. Jeffery   | 1.7  | Direction from H. Burke re Wells Fargo/Foothills; review documents for Charlton, Massachusetts and Lemont, Illinois properties; draft summary table for environmental issues; telephone conference with C. Kennedy and H. Burke |
| 02/27/05 | C. Kennedy   | 4.8  | Review environmental files and reports for various facilities re Wells Fargo/Foothills; discussion with H. Burke re format of evaluation summary; conference with S. Jeffery re information to include in evaluation summary |
| 02/27/05 | E. Landgraf  | 4.8  | Review property files and complete title memoranda re Wells Fargo/Foothills |
| 02/27/05 | D. Orwick    | 6.8  | Review real estate files; draft summaries of same |
| 02/27/05 | B. Soval     | 7.6  | File and title review of owned and leased properties re Wells Fargo/Foothills |
| 02/27/05 | S. Wild      | 6.8  | Title review re Wells Fargo/Foothills |
| 02/28/05 | M. Buesching | 0.8  | Review property files; prepare property reports |
| 02/28/05 | H. Burke     | 7.2  | Work on loan; conference with P. Zambrotta; work on due diligence request; work on title, survey and lease review |
| 02/28/05 | P. Fanchi    | 7.1  | Review various due diligence items; instructions to P. Kirkpatrick re same; telephone call from D. Graham; telephone conferences with D. Graham, C. Farman and C. Malon; revise note amendments; report from H. Burke re real estate issues |
| 02/28/05 | J. Garcia    | 1.0  | Review property files and memoranda |



**I 00521**

March 21, 2005
Invoice #988215
Page 4

Insituform Technologies, Inc.

| | | | |
|---|---|---|---|
| 02/28/05 | R. Hammett | 1.3 | Conference with P. Kirkpatrick re Wells Fargo/Foothills response to due diligence request; due diligence |
| 02/28/05 | S. Jeffery | 0.3 | Brief conference with C. Kennedy re additional real estate files to review re Wells Fargo/Foothills |
| 02/28/05 | P. Kirkpatrick | 6.3 | Revise real property chart and review owned/leased property descriptions; discussion with R. Hammett re credit facility |
| 02/28/05 | A. Kriegshauser | 1.7 | Identify jurisdiction and organize and index property title memoranda for multiple states; receive instruction from H. Burke re leased property information review |
| 02/28/05 | E. Landgraf | 3.7 | Organize files to return to client; review files for additional information to add to chart |
| 02/28/05 | D. Orwick | 1.1 | Review file re leased property; conferences re same |
| 02/28/05 | S. Rhodes | 0.3 | Telephone calls to CSC re large document order;receive estimate of copy charges |
| 02/28/05 | B. Soval | 1.3 | Review title memoranda and organize files |
| 02/28/05 | J. Welch | 0.5 | Order certified articles and certificates of good standing |

TOTAL HOURS                                                                    215.40

SUBTOTAL FOR SERVICES                                                           $54,041.00


For Cash Outlays:

| | | |
|---|---|---|
| 02/17/05 | For overnight delivery service FedEx Priority Overnight from E. Landgraf at Thompson Coburn LLP in St. Louis, MO to Forsyth CountyClerk of the Court in Cumming, GA on February 17, 2005; Tracking # 690475353006. | 18.73 |
| | For telecopier expense | 2.00 |
| | For copy charges | 412.65 |

SUBTOTAL FOR CASH OUTLAYS                                                       $433.38



March 21, 2005
Invoice #988215
Page 5

Insituform Technologies, Inc.

## TIME SUMMARY BY TIMEKEEPER

| Timekeeper | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| M. Buesching | 14.70 | 195.00 | 2,866.50 |
| H. Burke | 29.70 | 290.00 | 8,613.00 |
| P. Fanchi | 71.80 | 335.00 | 24,053.00 |
| J. Garcia | 9.60 | 185.00 | 1,776.00 |
| R. Hammett | 2.10 | 300.00 | 630.00 |
| S. Jeffery | 2.00 | 320.00 | 640.00 |
| C. Kennedy | 10.20 | 290.00 | 2,958.00 |
| P. Kirkpatrick | 12.60 | 170.00 | 2,142.00 |
| A. Kriegshauser | 1.70 | 115.00 | 195.50 |
| E. Landgraf | 12.00 | 125.00 | 1,500.00 |
| D. Orwick | 16.60 | 175.00 | 2,905.00 |
| S. Rhodes | 0.30 | 125.00 | 37.50 |
| B. Soval | 18.30 | 150.00 | 2,745.00 |
| P. Strassner | 0.50 | 320.00 | 160.00 |
| J. Welch | 0.50 | 135.00 | 67.50 |
| S. Wild | 12.80 | 215.00 | 2,752.00 |
| Total All Timekeepers | 215.40 | 250.89 | 54,041.00 |

**TOTAL DUE**                                                    **$54,474.38**

Account #900.2291.20
WO # 574405 *(handwritten)*
574405
Corp.

*jdr 3/28/05 (handwritten)*

*Invoice*                  **I 00523**                 *Payment Due Upon Receipt*

# THOMPSON COBURN

*Thompson Coburn LLP*
*Attorneys at Law*

Remit To:
P.O. Box 18379M    SS 3/05
St. Louis, Missouri 63195

Wire Transfer Instructions:
Account Name: Thompson Coburn LLP
Bank: U.S. Bank
ABA/Routing Number: 081000210
Account Number: 1000606952
Reference Invoice number(s) on wire.

Direct Correspondence To:
One US Bank Plaza
St. Louis, Missouri 63101-1693
314-552-6000

April 25, 2005
Invoice #993151

Insituform Technologies, Inc.
Attn. David Morris, Esq.
702 Spirit 40 Park Drive
Chesterfield, Missouri 63005



EIN 43-0666662

---

For Legal Services Rendered in Connection With:

Debt Private Placement
TC File: 36926 / 37702

| | | | |
|---|---|---|---|
| 03/01/05 | M. Buesching | 0.1 | Attention to property files |
| 03/01/05 | H. Burke | 5.8 | Work on initial property review; conferences re loan; work on lists of owned property and leased property; prepare title and survey orders; conference with First American Title Corporation |
| 03/01/05 | P. Fanchi | 6.7 | Telephone conferences with D. Morris, C. Farman, C. Malon, D. Graham and Foothill representatives; report from H. Burke and R. Hammett; revise and distribute note amendments; instructions to H. Burke and R. Hammett |
| 03/01/05 | J. Garcia | 0.4 | Review title file and lease |
| 03/01/05 | R. Hammett | 2.0 | Work on response to Foothill due diligence request; telephone conference with working group re bonds |
| 03/01/05 | S. Jeffery | 6.3 | Review documents concerning environmental issues at multiple locations; draft summaries of environmental conditions at each site; conference with C. Kennedy; directions from H. Burke |
| 03/01/05 | C. Kennedy | 3.8 | Continue review of environmental documents and summary chart of same; telephone calls re scheduling of Phase I re Wells Fargo Foothills |
| 03/01/05 | P. Kirkpatrick | 7.2 | Revise perfection certificates; correspondence with H. Siegel re due diligence documents; telephone conference with H. Burke, P. Fanchi, R. Hammett, D. Morris and H. Siegel; review organizational documents for limitations on borrowing |
| 03/01/05 | A. Kriegshauser | 3.0 | Review title and lease information for multiple properties; determine leased property areas and lease entities and index lease information; report to H. Burke and D. Orwick |

*Invoice*

**I 00524**

*Payment Due Upon Receipt*

April 25, 2005
Invoice #993151
Page 2

Insituform Technologies, Inc.

| | | | |
|---|---|---|---|
| 03/01/05 | E. Landgraf | 8.8 | Prepare package of title/survey/lease documents for lender; revise master charter and due diligence charts; add data to lease chart |
| 03/01/05 | D. Orwick | 1.6 | Review real estate files re leased properties; draft summaries of same |
| 03/01/05 | B. Soval | 2.1 | Review title memoranda and organize files |
| 03/01/05 | J. Welch | 1.2 | Conference with P. Kirkpatrick; telephone conference re revision of orders; prepare documents for transmission; obtain certified formation documents and certificate of good standing for Affholder, Inc. |
| 03/02/05 | H. Burke | 3.1 | Conferences with title company, surveyors, local counsel and consultant re Phase I; order due diligence material; arrange local counsel; review additional property information; order survey and title; obtain bids for same |
| 03/02/05 | P. Fanchi | 1.5 | Review Delaware searches; telephone conferences with D. Morris and C. Farman; telephone call to Foothill attorneys |
| 03/02/05 | R. Hammett | 1.3 | Analyze Foothill bonding company issues and possible solutions; telephone call to Foothill's counsel re same; two telephone calls to D. Morris re same |
| 03/02/05 | C. Kennedy | 3.3 | Complete review of environmental files and summary chart re Wells Fargo Foothills; verify information in chart of environmental documents by H. Burke; conference with H. Burke re results of document review; revise chart; draft request for production to Gaiatech for Phase I reports |
| 03/02/05 | P. Kirkpatrick | 5.6 | Revise perfection certificates; discussion with R. Hammett and S. Rhodes re UCC filings; correspondence with S. Tungsiripat re organizational documents; revise real property listings; discussion with R. Hammett re notice requirements under revised Article 9; telephone conference with D. Morris and R. Hammett; telephone conference with R. Hammett and H. Siegel |
| 03/02/05 | A. Kriegshauser | 1.8 | Further work on review of case materials re property and lease information; index information for numerous properties and report to D. Orwick and H. Burke |
| 03/02/05 | E. Landgraf | 8.0 | Instructions from H. Burke; add further data to lease chart; conform four lists; extensively revise master chart |
| 03/02/05 | D. Orwick | 2.4 | Draft landlord consent and waiver; conferences re same; draft lease summaries; draft letter to landlords |
| 03/02/05 | S. Rhodes | 1.6 | Order UCC search from Delaware Secretary of State; order good standing certificates from 50 states; revise order; prepare good standing chart |
| 03/02/05 | J. Welch | 0.6 | Receipt and review of Texas articles for Kinsel Industries, Inc.; update chart; discussions with CSC re UCC orders |

*Payment Due Upon Receipt*

April 25, 2005
Invoice #993151
Page 3

Insituform Technologies, Inc.

| 03/03/05 | H. Burke | 1.7 | Work on list of landlord consents; conference with Insituform; prepare correspondence re missing real estate information; review environmental information |
|---|---|---|---|
| 03/03/05 | P. Fanchi | 3.6 | E-mail correspondence with D. Graham; telephone conference with C. Farman, C. Malon and D. Morris; Foothill due diligence |
| 03/03/05 | J. Garcia | 0.5 | Review ground leases and materials re same |
| 03/03/05 | S. Jeffery | 0.2 | Review H. Burke e-mail; voice-mail from Gaiatech |
| 03/03/05 | P. Kirkpatrick | 5.3 | Revise perfection certificates; correspondence with S. Tungsiripat; revise real estate chart; correspondence with H. Siegel; telephone conference with P. Fanchi, R. Hammett, D. Morris, C. Farman, C. Malon; prepare summary of surety agreements |
| 03/03/05 | E. Landgraf | 0.6 | Receipt of title confirmation orders; order additional title work |
| 03/03/05 | D. Orwick | 0.1 | Correspondence re leased properties |
| 03/03/05 | S. Rhodes | 2.2 | Order additional good standing certificates; review good standing certificates |
| 03/04/05 | H. Burke | 0.8 | Work on due diligence order; work on missing property information; collect information on leased and owned property; conferences re landlord notices; conference re status of due diligence |
| 03/04/05 | P. Fanchi | 2.8 | Telephone conferences with D. Morris and C. Farman; e-mail correspondence with Foothill attorneys; instructions to P. Kirkpatrick and R. Hammett re Foothill closing certificates |
| 03/04/05 | J. Garcia | 2.3 | Telephone call to various attorneys re local counsel opinions; draft correspondence re same; telephone call to title company re title commitments |
| 03/04/05 | S. Jeffery | 0.9 | Review D. Pasquinella (Gaiatech) proposal; review D. Morris e-mails; review S. Tungsiripat e-mail; review H. Burke e-mail; telephone call to M. Hart (Environ) re proposal for Phase I's; telephone call from H. Burke re same |
| 03/04/05 | P. Kirkpatrick | 2.4 | Draft summary of surety agreements; correspondence with H. Siegel; revise perfection certificates; review Delaware UCC search results |
| 03/04/05 | E. Landgraf | 4.4 | Follow up with First American re title orders; research re Archer/airline properties; respond to title and survey inquiries |
| 03/04/05 | S. Rhodes | 3.0 | Review good standing certificates; update good standing chart; prepare UCC search chart |
| 03/04/05 | J. Welch | 1.6 | Receipt and analysis of formation documents for Mississippi Textile Corporation; prepare set for transmittal to H. Siegel; receipt of UCC results; begin analysis |



*Payment Due Upon Receipt*

April 25, 2005
Invoice #993151
Page 4

Insituform Technologies, Inc.

| | | | |
|---|---|---|---|
| 03/05/05 | H. Burke | 5.2 | Review correspondence re Phase I; prepare for telephone conference on properties; telephone conference with P. Zambrotta re list of properties and status of certain leases; conferences re missing landlord information; review and revise landlord consent and waiver; review landlord address and notice list and materials; prepare and assemble landlord consent and waiver |
| 03/05/05 | D. Orwick | 5.9 | Draft landlord consent and waiver; draft correspondence re same; prepare real property summaries |
| 03/05/05 | J. Welch | 1.0 | Analyze UCC search results |
| 03/06/05 | J. Garcia | 1.5 | Work on landlord estoppels and mailings |
| 03/06/05 | S. Rhodes | 1.5 | Prepare UCC search chart |
| 03/07/05 | H. Burke | 0.8 | Conferences re list of landlords; conferences re landlord waivers; review and follow-up on due diligence orders |
| 03/07/05 | H. Burke | 0.7 | Review landlord correspondence; review list of properties and potential landlords |
| 03/07/05 | P. Fanchi | 5.2 | E-mail correspondence with Foothill attorneys; telephone conferences with C. Farman and D. Morris; draft and distribute proposed note agreement waivers |
| 03/07/05 | J. Garcia | 0.1 | Review and respond to correspondence re opinions |
| 03/07/05 | R. Hammett | 1.6 | Review and revise Foothill board resolutions; respond to due diligence request |
| 03/07/05 | S. Jeffery | 0.3 | Review H. Burke e-mail; review C. Kennedy e-mail re Phase I's; draft e-mail to H. Burke; review reply |
| 03/07/05 | C. Kennedy | 3.4 | Messages to/from J. Setterdahl of Gaiatech re scheduling of Phase I assessments re Wells Fargo Foothills; coordinate copying of environmental files to send to Gaiatech; memorandum to J. Setterdahl re authorization to proceed with Phase I; work on environmental review |
| 03/07/05 | P. Kirkpatrick | 5.4 | Revise resolutions and surety agreement summary; correspondence with S. Tungsiripat re entities not in good standing; revise UCC chart; revise real estate chart and perfection certificates; correspondence with D. Morris and H. Siegel re credit facility |
| 03/07/05 | A. Kriegshauser | 0.4 | Work on index of leased property title work status |
| 03/07/05 | E. Landgraf | 3.2 | Work on master chart and due diligence charts; request survey proposal from Smith Roberts; prepare contact list; log in title work received; telephone call to N. Napoli re status |
| 03/07/05 | D. Orwick | 1.7 | Draft summary of leased properties; prepare landlord waivers; conference re same |
| 03/07/05 | S. Rhodes | 1.4 | Review good standing certificates of articles of incorporation from Illinois Secretary of State |



*Payment Due Upon Receipt*

April 25, 2005
Invoice #993151
Page 5

Insituform Technologies, Inc.

| 03/07/05 | J. Welch | 2.2 | Work on UCC search results |
|---|---|---|---|
| 03/08/05 | H. Burke | 0.6 | Conference with client re extra lease sites; conferences re landlord waivers; conferences re title and survey and Phase I due diligence status |
| 03/08/05 | P. Fanchi | 5.7 | Revise Wells Fargo Bank proposal; e-mail correspondence with C. Farman and Foothill representatives; telephone conferences with C. Farman, D. Morris and D. Graham; review and revise board resolutions authorizing note amendments; review Form 10-K disclosures; review Foothill subordination agreement |
| 03/08/05 | J. Garcia | 0.2 | Telephone call to N. Napoli re title commitments; review and respond to various attorneys re opinions |
| 03/08/05 | R. Hammett | 1.0 | Telephone conference with client re Foothill due diligence items and certifications; communications with working group re status of various matters |
| 03/08/05 | C. Kennedy | 3.7 | Telephone conference with J. Setterdahl, S. Tungsiripat and S. Morrison re coordination of Phase I assessments; telephone call with J. Setterdahl re background environmental information available for Lemont and Chesterfield facilities; message to S. Tungsiripat re information needed to complete Phase I assessments; memorandum to H. Burke re status of Phase I; review message from S. Tungsiripat re schedule for Phase I site visits; coordinate site visits/interviews with Gaiatech representatives |
| 03/08/05 | P. Kirkpatrick | 6.2 | Revise secretary's certificates and perfection certificates; revise summary of surety agreements; telephone conference with D. Morris, R. Hammett and S. Tungsiripat; correspondence with D. Orwick re real property listings |
| 03/08/05 | E. Landgraf | 2.7 | Follow-up with surveyors re 111th and Archer property; respond to N. Napoli inquiry re Lemont; receive title work and check off documents; log in same; package to M. Park with same |
| 03/08/05 | D. Orwick | 1.4 | Conference re real estate holdings; review files re leased properties; correspondence re same; draft landlord waiver; conference re landlord contact information |
| 03/08/05 | S. Rhodes | 0.7 | Review good standing certificates; update chart |
| 03/09/05 | H. Burke | 0.1 | Conference re landlord's mortgage |
| 03/09/05 | P. Fanchi | 4.4 | Revise Wells Fargo Bank proposal; review Foothill subordination agreement; e-mail correspondence and telephone conferences with Foothill attorneys; telephone conferences with D. Morris and C. Farman |



**I 00528**

*Payment Due Upon Receipt*

April 25, 2005
Invoice #993151
Page 6

Insituform Technologies, Inc.

| 03/09/05 | C. Kennedy | 2.2 | Telephone calls with J. Setterdahl and S. Tungsiripat re coordination of Phase I assessments and correction of address information; status reports and follow-up with H. Burke |
|---|---|---|---|
| 03/09/05 | P. Kirkpatrick | 0.5 | Revise perfection certificates; correspondence with S. Tungsiripat re entities not in good standing |
| 03/09/05 | E. Landgraf | 1.2 | Confirm list of properties requiring Phase I; e-mail to N. Napoli re missing documents; revise charts to show current owner |
| 03/09/05 | S. Rhodes | 0.5 | Telephone calls to Tennessee Secretary of State and Tennessee Department of Revenue re good standing status; report information to P. Kirkpatrick |
| 03/10/05 | H. Burke | 0.1 | Review new title work; instructions re same |
| 03/10/05 | P. Fanchi | 7.0 | Telephone conferences with Bryan Cave, C. Farman, D. Morris, D. Graham and R. Fisher; letter to Bryan Cave; review noteholders' response; revise Form 10-K provisions; prepare Wells Fargo resolutions; coordinate closing requirements |
| 03/10/05 | E. Landgraf | 1.4 | Receive and log in title work; confirm all exception documents received; letter and package to M. Park with same |
| 03/10/05 | S. Rhodes | 0.4 | Review good standing certificates, return to P. Kirkpatrick with memorandum re same |
| 03/10/05 | J. Welch | 1.2 | Assist in preparation for closing |
| 03/11/05 | P. Fanchi | 5.5 | E-mail correspondence with Bryan Cave; work re good standing in Delaware; review noteholder proposals; telephone conferences with C. Farman and D. Graham; telephone conferences with R. Fisher, H. Burroughs, B. Nall, C. Farman and D. Morris |
| 03/11/05 | P. Kirkpatrick | 0.2 | Correspondence with R. Hammett, P. Fanchi and S. Tungsiripat re good standing in Delaware; review organizational documents |
| 03/11/05 | E. Landgraf | 0.8 | Receive and log in title work; confirm all exception documents received; letter and package to M. Park |
| 03/11/05 | S. Rhodes | 0.4 | Telephone call to Delaware Secretary of State re good standing status; prepare memorandum re same for P. Fanchi; review good standing certificates |
| 03/13/05 | P. Fanchi | 1.0 | Review response to noteholders; telephone conferences with D. Graham and C. Farman |
| 03/13/05 | R. Hammett | 1.5 | Draft legal opinions for note amendment |
| 03/14/05 | H. Burke | 0.3 | Conferences re title work status and environmental |
| 03/14/05 | P. Fanchi | 6.5 | E-mail correspondence with D. Graham and B. Wall; instructions to J. Welch re Kinsel good standing; review Bank of America proposal; telephone conferences with C. Farman and D. Morris; review Bank of America documents; telephone conferences with Chapman & Cutler |



**I 00529**

*Payment Due Upon Receipt*

April 25, 2005
Invoice #993151
Page 7

Insituform Technologies, Inc.

| | | | |
|---|---|---|---|
| 03/14/05 | C. Kennedy | 4.3 | Telephone calls with J. Setterdahl and H. Burke re summaries of initial seven sites' Phase I assessments; review summaries of three Chesterfield sites; Batesville, Mississippi; LeMont, Illinois; and Jacksonville, Florida; telephone call with J. Setterdahl re timing of other Phase I assessments; forward environmental documents on Littleton, Colorado to Gaiatech; memorandum to S. Tungsiripat re status of Phase I assessments and Gaiatech contract issues |
| 03/14/05 | P. Kirkpatrick | 1.6 | Order good standing certificates; discussion with T. Welch re Kinsel Industries not being in good standing; correspondence with S. Tungsiripat re good standing documents; correspondence with Texas comptroller re Kinsel Industries, Inc. |
| 03/14/05 | E. Landgraf | 2.3 | Receive and log in title work; confirm all exception documents received; update charts |
| 03/14/05 | J. Welch | 3.1 | Telephone conferences with Texas Secretary of State and Texas comptroller; work on issues to reinstate Kinsel Industries, Inc.; order good standings for INA Acquisition Corp; Mississippi Textiles Corporation; Affholder, Inc.; and Insituform Technologies, USA, Inc. |
| 03/15/05 | P. Fanchi | 10.5 | Review and revise noteholder and bank amendments; telephone conferences and e-mail correspondence with all involved parties; review and revise Form 10-K sections |
| 03/15/05 | R. Hammett | 1.9 | Draft legal opinions for note purchase amendments and diligence for opinions |
| 03/15/05 | P. Kirkpatrick | 0.7 | Correspondence with P. Fanchi and R. Hammett re good standing; revise secretary's certificate |
| 03/15/05 | E. Landgraf | 0.1 | E-mail N. Napoli re missing title commitments |
| 03/15/05 | S. Rhodes | 0.3 | Review good standing certificates |
| 03/15/05 | J. Welch | 0.6 | Receipt of good standing certificates for Mississippi Textiles Corporation; INA Acquisition Corp; and Insituform Technologies USA, Inc.; follow-up on Texas good standing for Kinsel; receipt of good standing for Kinsel from Texas |
| 03/16/05 | P. Fanchi | 5.8 | Telephone conference with attorneys for Bank of America and noteholders; review and revise credit documents; e-mail correspondence with various parties; telephone conferences with D. Morris; coordinate closing deliveries; revise and distribute opinions |
| 03/17/05 | P. Fanchi | 1.6 | Telephone conferences with noteholder and bank counsel; assemble final documents; telephone call from C. Malon; telephone call to D. Morris; instructions to H. Burke |
| 03/17/05 | E. Landgraf | 0.1 | Receipt of title work |



*Payment Due Upon Receipt*

April 25, 2005
Invoice #993151
Page 8

Insituform Technologies, Inc.

| | | | |
|---|---|---|---|
| 03/18/05 | P. Fanchi | 0.3 | E-mail correspondence with Bank of America attorneys; respond to request for information |
| 03/21/05 | P. Fanchi | 0.3 | Telephone call from C. Malon; review compliance certificates |
| 03/21/05 | C. Kennedy | 1.1 | Review draft Phase I for Batesville, Mississippi; telephone call with S. Tungsiripat re authorization to proceed on additional Phase I's |
| 03/22/05 | P. Fanchi | 3.3 | Prepare compliance certificate provisions for bank and noteholder certificates; telephone call from C. Malon re timing of delivery of Form 8-K |
| 03/24/05 | P. Fanchi | 2.1 | Draft letter of credit contract provisions and proposed letter of credit for franchises; e-mail correspondence with B. Wall; e-mail correspondence with Chapman & Cutler |
| 03/25/05 | P. Fanchi | 1.1 | Telephone conferences with C. Malon and S. Tungsiripat; review compliance certificate issue |
| 03/28/05 | C. Kennedy | 0.6 | Telephone call with S. Tungsiripat re decision to postpone Phase I's on other locations; telephone call with J. Setterdahl at Gaiatech re same; review draft Phase I for Chesterfield |
| 03/30/05 | P. Fanchi | 0.5 | Telephone conference with D. Morris; letter from Bank of America attorneys |

TOTAL HOURS 251.70

SUBTOTAL FOR SERVICES $59,946.50

For Cash Outlays:

| | | |
|---|---|---|
| 02/28/05 | For overnight delivery service FedEx Priority Overnight from CSC,Tallahassee, FL to Judy Welch at Thompson Coburn in St. Louis, MO on February 28, 2005; Tracking # 701985091200 | 13.20 |
| 02/28/05 | For overnight delivery service FedEx Priority Overnight from CSC in Wilmington, DE to Judy Welch at Thompson Coburn in St. Louis, MO on February 28, 2005; Tracking # 694912835314 | 23.03 |
| 03/01/05 | For overnight delivery service FedEx Priority Overnight from H. Burke at Thompson Coburn LLP in St. Louis, MO to Mee Jung Park at Morrison & Foerster, LLP in San Diego, CA on March 1, 2005; Tracking # 690475355947 | 49.34 |



**I 00531**

*Payment Due Upon Receipt*

April 25, 2005
Invoice #993151
Page 9

Insituform Technologies, Inc.

| 03/01/05 | For overnight delivery service FedEx Priority Overnight from CSC, Tallahassee, FL to Judy Welch at Thompson Coburn in St. Louis, MO on March 1, 2005; Tracking # 701985095260 | 20.51 |
| 03/01/05 | For overnight delivery service FedEx Priority Overnight from CSC, Wilmington, DE to Sandra Rhodes at Thompson Coburn in St. Louis, MO on March 1, 2005; Tracking # 850890488267 | 11.62 |
| 03/02/05 | For overnight delivery service FedEx Priority Overnight from CSC in Wilmington, DE to Sandra Rhodes at Thompson Coburn in St. Louis, MO on March 2, 2005; Tracking # 791493565779 | 13.20 |
| 03/02/05 | For overnight delivery service FedEx Priority Overnight from CSC in Boston, MA to Sandra Rhodes at Thompson Coburn in St. Louis, MO on March 2, 2005; Tracking # 694912879725 | 22.06 |
| 03/02/05 | For overnight delivery service FedEx Priority Overnight from CSC in Wilmington, DE to Sandra Rhodes at Thompson Coburn in St. Louis, MO on March 2, 2005; Tracking # 849267006810 | 12.79 |
| 03/02/05 | For overnight delivery service FedEx Priority Overnight from CSC in St. Paul, MN to Sandra Rhodes at Thompson Coburn in St. Louis, MO on March 2, 2005; Tracking # 790935754966 | 12.79 |
| 03/02/05 | For overnight delivery service FedEx Priority Overnight from CSC in Olympia, WA to Sandra Rhodes at Thompson Coburn in St. Louis, MO on March 2, 2005; Tracking # 792860016316 | 14.00 |
| 03/02/05 | For overnight delivery service FedEx Priority Overnight from CSC in Wilmington, DE to Sandra Rhodes at Thompson Coburn in St. Louis, MO on March 2, 2005; Tracking # 792859996645 | 11.62 |
| 03/02/05 | For overnight delivery service FedEx Priority Overnight from CSC in Sacramento, CA to Sandra Rhodes at Thompson Coburn in St. Louis, MO on March 2, 2005; Tracking # 791562948060 | 12.79 |



Payment Due Upon Receipt

April 25, 2005
Invoice #993151
Page 10

Insituform Technologies, Inc.

| | | |
|---|---|---|
| 03/02/05 | For overnight delivery service FedEx Priority Overnight from CSC in Salem, OR to Sandra Rhodes at Thompson Coburn in St. Louis, MO on March 2, 2005; Tracking # 701985104935 | 14.00 |
| 03/02/05 | For overnight delivery service FedEx Priority Overnight from CSC in Carson City, NV to Sandra Rhodes at Thompson Coburn in St. Louis, MO on March 2, 2005; Tracking # 694912883912 | 23.41 |
| 03/02/05 | For overnight delivery service FedEx Priority Overnight from CSC in Trenton, NJ to Sandra Rhodes at Thompson Coburn in St. Louis, MO on March 2, 2005; Tracking # 694912882754 | 13.20 |
| 03/02/05 | For overnight delivery service FedEx Priority Overnight from Nancy/Verna,Great Lakes Document Service to Sandra Rhodes at Thompson Coburn in St. Louis, MO on March 2, 2005; Tracking # 694265578357 | 12.79 |
| 03/02/05 | For overnight delivery service FedEx Priority Overnight from CSC in Wilmington, DE to Sandra Rhodes at Thompson Coburn in St. Louis, MO on March 2, 2005; Tracking # 850759287943 | 12.79 |
| 03/02/05 | For overnight delivery service FedEx Priority Overnight from CSC in Concord, NH to Sandra Rhodes at Thompson Coburn in St. Louis, MO on March 2, 2005; Tracking # 791562787740 | 13.20 |
| 03/02/05 | For overnight delivery service FedEx Priority Overnight from South Dakota Secretary of State to Sandra Rhodes at Thompson Coburn in St. Louis, MO on March 2, 2005; Tracking # 790935069764 | 13.20 |
| 03/02/05 | For overnight delivery service FedEx Priority Overnight from CSC in Wilmington, DE to Sandra Rhodes at Thompson Coburn in St. Louis, MO on March 2, 2005; Tracking # 849267002939 | 12.79 |
| 03/02/05 | For overnight delivery service FedEx Priority Overnight from CSC in Wilmington, DE to Sandra Rhodes at Thompson Coburn in St. Louis, MO on March 2, 2005; Tracking # 792219441954 | 13.95 |



April 25, 2005
Invoice #993151
Page 11

Insituform Technologies, Inc.

| | | |
|---|---|---|
| 03/02/05 | For overnight delivery service FedEx Priority Overnight from CSC in Wilmington, DE to Sandra Rhodes at Thompson Coburn in St. Louis, MO on March 2, 2005; Tracking # 849975205437 | 13.20 |
| 03/03/05 | For overnight delivery service FedEx Priority Overnight from CSC in Wilmington, DE to Sandra Rhodes at Thompson Coburn in St. Louis, MO on March 3, 2005; Tracking # 694912892300 | 13.20 |
| 03/03/05 | For overnight delivery service FedEx Priority Overnight from CSC in Wilmington, DE to Sandra Rhodes at Thompson Coburn in St. Louis, MO on March 3, 2005; Tracking # 849267006772 | 12.79 |
| 03/03/05 | For overnight delivery service FedEx Priority Overnight from CSC in Dover, DE to Sandra Rhodes at Thompson Coburn in St. Louis, MO on March 3, 2005; Tracking # 701985105725 | 27.86 |
| 03/03/05 | For overnight delivery service FedEx Priority Overnight from CSC in Albany, NY to Sandra Rhodes at Thompson Coburn in St. Louis, MO on March 3, 2005; Tracking # 701985106515 | 13.20 |
| 03/03/05 | For overnight delivery service FedEx Priority Overnight from CSC in St. Paul, MN to Sandra Rhodes at Thompson Coburn in St. Louis, MO on March 3, 2005; Tracking # 790444597644 | 12.79 |
| 03/03/05 | For overnight delivery service FedEx Priority Overnight from CSC in Tallahassee, FL to Sandra Rhodes at Thompson Coburn in St. Louis, MO on March 3, 2005; Tracking # 701985108779 | 13.20 |
| 03/03/05 | For overnight delivery service FedEx Priority Overnight from CSC in Santa Fe, NM to Sandra Rhodes at Thompson Coburn in St. Louis, MO on March 3, 2005; Tracking # 791564439341 | 13.20 |
| 03/03/05 | For overnight delivery service FedEx Priority Overnight from CSC in Charleston, WV to Sandra Rhodes at Thompson Coburn in St. Louis, MO on March 3, 2005; Tracking # 791563602917 | 12.79 |



**I 00534**

April 25, 2005
Invoice #993151
Page 12

Insituform Technologies, Inc.

| | | |
|---|---|---|
| 03/03/05 | For overnight delivery service FedEx Priority Overnight from CSC in Wilmington, DE to Sandra Rhodes at Thompson Coburn in St. Louis, MO on March 3, 2005; Tracking # 790936623412 | 12.79 |
| 03/03/05 | For overnight delivery service FedEx Priority Overnight from CSC in Wilmington, DE to Sandra Rhodes at Thompson Coburn in St. Louis, MO on March 3, 2005; Tracking # 849975203478 | 12.79 |
| 03/03/05 | For overnight delivery service FedEx Priority Overnight from CSC in Wilmington, DE to Sandra Rhodes at Thompson Coburn in St. Louis, MO on March 3, 2005; Tracking # 791563746805 | 11.62 |
| 03/03/05 | For overnight delivery service FedEx Priority Overnight from CSC in Wilmington, DE to Sandra Rhodes at Thompson Coburn in St. Louis, MO on March 3, 2005; Tracking # 792220567457 | 13.20 |
| 03/04/05 | For overnight delivery service FedEx Priority Overnight from CSC in Wilmington, DE to Sandra Rhodes at Thompson Coburn in St. Louis, MO on March 4, 2005; Tracking # 790937794480 | 13.95 |
| 03/04/05 | For overnight delivery service FedEx Priority Overnight from CSC in Trenton, NJ to Sandra Rhodes at Thompson Coburn in St. Louis, MO on March 4, 2005; Tracking # 694912907394 | 13.20 |
| 03/04/05 | For overnight delivery service FedEx Priority Overnight from CSC in Mechanicsville, VA to Sandra Rhodes at Thompson Coburn in St. Louis, MO on March 4, 2005; Tracking # 642236900276 | 13.20 |
| 03/04/05 | For overnight delivery service FedEx Priority Overnight from CSC in Carson City, NV to Sandra Rhodes at Thompson Coburn in St. Louis, MO on March 4, 2005; Tracking # 694912912316 | 14.00 |
| 03/04/05 | For overnight delivery service FedEx Priority Overnight from Nancy/Verna,Great Lakes Document Service to Sandra Rhodes at Thompson Coburn in St. Louis, MO on March 4, 2005; Tracking # 694265578655 | 12.79 |
| 03/04/05 | For overnight delivery service FedEx Priority Overnight from CSC in Wilmington, DE to Sandra Rhodes at Thompson Coburn in St. Louis, MO on March 4, 2005; Tracking # 694912919321 | 13.20 |

*Invoice*

*Pattner t Due Upon Receipt*

April 25, 2005
Invoice #993151
Page 13

Insituform Technologies, Inc.

| | | |
|---|---|---|
| 03/04/05 | For overnight delivery service FedEx Priority Overnight from CSC in Tallahassee, FL to Sandra Rhodes at Thompson Coburn in St. Louis, MO on March 4, 2005; Tracking # 701985114086 | 13.20 |
| 03/04/05 | For overnight delivery service FedEx Priority Overnight from CSC in Wilmington, DE to Sandra Rhodes at Thompson Coburn in St. Louis, MO on March 4, 2005; Tracking # 849975203879 | 12.79 |
| 03/04/05 | For overnight delivery service FedEx Priority Overnight from CSC in Santa Fe, NM to Sandra Rhodes at Thompson Coburn in St. Louis, MO on March 4, 2005; Tracking # 791497337584 | 13.20 |
| 03/04/05 | For overnight delivery service FedEx Priority Overnight from CSC in Olympia, WA to Sandra Rhodes at Thompson Coburn in St. Louis, MO on March 4, 2005; Tracking # 791496491202 | 14.00 |
| 03/04/05 | For overnight delivery service FedEx Priority Overnight from CSC in Wilmington, DE to Sandra Rhodes at Thompson Coburn in St. Louis, MO on March 4, 2005, Tracking # 850890489697 | 13.95 |
| 03/07/05 | For overnight delivery service FedEx Priority Overnight from CSC in Juneau, AK to Sandra Rhodes at Thompson Coburn in St. Louis, MO on March 7, 2005; Tracking # 790446159288 | 14.08 |
| 03/07/05 | For overnight delivery service FedEx Priority Overnight from CSC in Wilmington, DE to Sandra Rhodes at Thompson Coburn in St. Louis, MO on March 7, 2005; Tracking # 694912927503 | 13.32 |
| 03/07/05 | For certified copies of formation documents from Texas regarding Kinsel Industries, Inc.; VENDOR: CSC Networks; INVOICE#: 46914911; DATE: 3/1/2005 | 102.00 |
| 03/07/05 | For Certificate of Good Standing from Texas for Kinsel Industries, Inc.; VENDOR: CSC Networks; INVOICE#: 46914895, DATE: 3/1/2005 | 44.00 |
| 03/07/05 | For Certificate of Good Standing in Delaware regarding Insituform Technologies, Inc.; VENDOR: CSC Networks; INVOICE#: 46912900; DATE: 2/28/2005 | 54.00 |
| 03/07/05 | For Certificate of Good Standing for Insituform (Netherlands) B.V., Inc. in Delaware; VENDOR: CSC Networks; INVOICE#: 46911790; DATE: 2/28/2005 | 54.00 |

*Invoice*

**I 00536**

*Payment Due Upon Receipt*

April 25, 2005
Invoice #993151
Page 14

Insituform Technologies, Inc.

| | | |
|---|---|---:|
| 03/07/05 | For Certificate of Good Standing in Mississippi regarding Mississippi Textiles Corporation; VENDOR: CSC Networks; INVOICE#: 46911960; DATE: 2/28/2005 | 69.00 |
| 03/07/05 | For Certificate of Good Standing in Delaware regarding Ina Acquisition Corp., VENDOR: CSC Networks; INVOICE#: 46912870; DATE: 2/28/2005 | 54.00 |
| 03/07/05 | For Certificate of Good Standing in Delaware for Insituform Technologies USA, Inc.; VENDOR: CSC Networks; INVOICE#: 46911781; DATE: 2/28/2005 | 54.00 |
| 03/07/05 | For professional services rendered in Delaware regarding certified formation documents for Insituform Technologies USA, Inc.; VENDOR: CSC Networks; INVOICE#: 46911786; DATE: 2/28/2005 | 166.00 |
| 03/07/05 | For professional services rendered regarding certified articles for INA Acquisition Corp.; VENDOR: CSC Networks; INVOICE#: 46912877; DATE: 2/28/2005 | 514.00 |
| 03/07/05 | For professional services rendered regarding certified formation documents for Insituform (Netherlands) B.V., Inc. in Delaware; VENDOR: CSC Networks; INVOICE#: 46911797; DATE: 2/28/2005 | 206.00 |
| 03/07/05 | For professional services rendered in Delaware regarding certified copies of articles for Insituform Technologies Inc.; VENDOR: CSC Networks; INVOICE#: 46912907; DATE: 2/28/2005 | 280.00 |
| 03/08/05 | For overnight delivery service FedEx First Overnight from C. Kennedy at Thompson Coburn LLP in St. Louis, MO to Jackie Setterdahl at Gaiatech in Chicago, IL on March 8, 2005; Tracking # 690475357674 | 62.93 |
| 03/09/05 | For overnight delivery service FedEx First Overnight from C. Kennedy at Thompson Coburn LLP in St. Louis, MO to Ms. Jackie Setterdahl at Gaiatech Inc. in Chicago, IL on March 9, 2005; Tracking # 690475358133 | 62.93 |
| 03/10/05 | For overnight delivery service FedEx Priority Overnight from E. Landgraf at Thompson Coburn LLP in St. Louis, MO to Mee Jung Park at Morrison & Foerster LLP in San Diego, CA on March 10, 2005; Tracking # 690475358545 | 28.51 |
| 03/10/05 | For overnight delivery service FedEx Priority Overnight from CSC in Harrisburg, PA to Sandra Rhodes at Thompson Coburn in St. Louis, MO on March 10, 2005; Tracking # 701985136790 | 20.70 |



*Payment Due Upon Receipt*

April 25, 2005
Invoice #993151
Page 15

Insituform Technologies, Inc.

| | | |
|---|---|---:|
| 03/10/05 | For overnight delivery service FedEx Priority Overnight from CSC in Sacramento, CA to Sandra Rhodes at Thompson Coburn in St. Louis, MO on March 10, 2005; Tracking # 701985140326 | 23.63 |
| 03/11/05 | For overnight delivery service FedEx Priority Overnight from CSC in Dover, DE to Sandra Rhodes at Thompson Coburn in St. Louis, MO on March 11, 2005; Tracking # 701985146964 | 13.32 |
| 03/14/05 | For overnight delivery service FedEx Priority Overnight from C. Kennedy at Thompson Coburn LLP in St. Louis, MO to Jackie Setterdahl at Gaiatech in Chicago, IL on March 14, 2005; Tracking # 690475359210 | 15.82 |
| 03/14/05 | For overnight delivery service FedEx Priority Overnight from CSC in Tallahassee, FL to Judy Welch at Thompson Coburn in St. Louis, MO on March 14, 2005; Tracking # 701985153083 | 13.32 |
| 03/14/05 | For overnight delivery service FedEx Priority Overnight from CSC in Dover, DE to Judy Welch at Thompson Coburn in St. Louis, MO on March 14, 2005; Tracking # 711985153153 | 13.32 |
| 03/14/05 | For overnight delivery service FedEx Priority Overnight from CSC in Sacramento, CA to Sandra Rhodes at Thompson Coburn in St. Louis, MO on March 14, 2005; Tracking # 701985155682 | 14.13 |
| 03/14/05 | For Certificates of Good Standing VENDOR: CSC Networks; INVOICE#: 46953203; DATE: 3/10/2005 | 2,990.00 |
| 03/17/05 | For overnight delivery service FedEx Priority Overnight from P. Fanchi at Thompson Coburn LLP in St. Louis, MO to Richard Fisher at Chapman & Cutler in Chicago, IL on March 17, 2005, Tracking # 846898780700 | 17.97 |
| 03/17/05 | For overnight delivery service FedEx Priority Overnight from CSC,CSC in Wilmington, DE to Sandra Rhodes at Thompson Coburn in St. Louis, MO on March 17, 2005; Tracking # 694913090264 | 13.32 |
| 03/22/05 | For local courier service by Mercury Messenger Service, Inc. to Insituform at 702 Spirit 40 Park Drive, St. Louis, Missouri on March 1, 2005 | 18.38 |
| 03/23/05 | For Certificate of Good Standing VENDOR: CSC Networks; INVOICE#: 46933377; DATE: 3/4/2005 | 30.00 |

April 25, 2005
Invoice #993151
Page 16

Insituform Technologies, Inc.

| | | |
|---|---|---:|
| 03/23/05 | For Certificates of Good Standing VENDOR: CSC Networks; INVOICE#: 46958228; DATE: 3/11/2005 | 497.06 |
| 03/23/05 | For Certificate of Good Standing for Mississippi Textiles Corporation: VENDOR: CSC Networks; INVOICE#: 46963138; DATE: 3/14/2005 | 75.00 |
| 03/23/05 | For Certificate of Good Standing for INA Acquisition Corp from Delaware: VENDOR: CSC Networks; INVOICE#: 46963206; DATE: 3/14/2005 | 61.00 |
| 03/23/05 | For Certificate of Good Standing for INA Acquisition Corp. and Insituform Technologies USA, Inc.: VENDOR: CSC Networks; INVOICE#: 46963215; DATE: 3/14/2005 | 54.00 |
| 03/23/05 | For Certificates of Good Standing VENDOR: CSC Networks; INVOICE#: 46965043; DATE: 3/14/2005 | 1,012.75 |
| 03/23/05 | For Certificates of Good Standing VENDOR: CSC Networks; INVOICE#: 46965054; DATE: 3/14/2005 | 1,389.75 |
| 03/23/05 | For Certificates of Good Standing VENDOR: CSC Networks; INVOICE#: 46971036; DATE: 3/15/2005 | 679.50 |
| 03/23/05 | For Certificates of Good Standing VENDOR. CSC Networks; INVOICE#: 46984741; DATE: 3/18/2005 | 594.50 |
| 03/23/05 | For professional services rendered regarding status check: VENDOR: CSC Networks; INVOICE#: 46943510; DATE: 3/8/2005 | 24.00 |
| 03/25/05 | For UCC search with copies; VENDOR: CSC Networks; INVOICE#: 46924618; DATE: 3/3/2005 | 736.00 |
| 03/28/05 | For certified copies of certificate of incorporation from Mississippi Secretary of State; VENDOR: CSC Networks; INVOICE#: 46927414; DATE: 3/3/2005 | 57.00 |
| 03/29/05 | For outside copy charge VENDOR: Omnidox LC; INVOICE#: MO02050259; DATE: 2/25/2005 | 2,216.11 |
| 03/31/05 | For Certificate of Good Standing and payment of franchise tax for Kinsel Industries, Inc. in Texas; VENDOR: CT Corporation System; INVOICE#: 1852579-RI; DATE: 3/17/2005 | 279.68 |
| | For long distance telephone charges | 3.36 |
| | For telecopier expense | 12.80 |
| | For copy charges | 954.45 |
| | For color copy charges | 1.20 |

I 00539

April 23, 2003
Invoice #993151
Page 17

Insituform Technologies, Inc.

| | | |
|---|---|---|
| For oversize copies | | 35.40 |
| For local cab charges | | 28.00 |

SUBTOTAL FOR CASH OUTLAYS                                    $14,350.63

### TIME SUMMARY BY TIMEKEEPER

| Timekeeper | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| M. Buesching | 0.10 | 195.00 | 19.50 |
| H. Burke | 19.20 | 290.00 | 5,568.00 |
| P. Fanchi | 75.40 | 335.00 | 25,259.00 |
| J. Garcia | 5.00 | 185.00 | 925.00 |
| R. Hammett | 9.30 | 300.00 | 2,790.00 |
| S. Jeffery | 7.70 | 320.00 | 2,464.00 |
| C. Kennedy | 22.40 | 290.00 | 6,496.00 |
| P. Kirkpatrick | 35.10 | 170.00 | 5,967.00 |
| A. Kriegshauser | 5.20 | 115.00 | 598.00 |
| E. Landgraf | 33.60 | 125.00 | 4,200.00 |
| D. Orwick | 13.10 | 175.00 | 2,292.50 |
| S. Rhodes | 12.00 | 125.00 | 1,500.00 |
| B. Soval | 2.10 | 150.00 | 315.00 |
| J. Welch | 11.50 | 135.00 | 1,552.50 |
| Total All Timekeepers | 251.70 | 238.17 | 59,946.50 |

**TOTAL DUE**                                              $74,297.13

Approval # 893 2291.20
W.O. # 514405

Region: Corp

Payment Due Upon Receipt