# EXHIBIT 11

## Deschenes, Gregory

| | |
|---|---|
| From: | charles.philbrick@hklaw.com |
| Sent: | Wednesday, January 02, 2008 5:49 PM |
| To: | Mullen, Kurt |
| Cc: | Deschenes, Gregory; stan.martin@hklaw.com; lisa.davlin@hklaw.com |
| Subject: | Insituform: Supplemental Production I 541-547 |

**Attachments:** Supplemental Production I 541-547.pdf



Supplemental
Production I 541-...

```
        <<Supplemental Production I 541-547.pdf>> Kurt:   Attached are
additional backup documents to the documents produced to you on December
28, 2007.  Charlie.

Holland + Knight

Charles L. Philbrick
Partner
Holland & Knight LLP

131 South Dearborn Street, 30th Floor
Chicago, Illinois  60603

Direct 312 715 5834
Fax    312 578 6666
Email  charles.philbrick@hklaw.com

www.hklaw.com

NOTICE:  This e-mail is from a law firm, Holland & Knight LLP ("H&K"),
and is intended solely for the use of the individual(s) to whom it is
addressed.  If you believe you received this e-mail in error, please
notify the sender immediately, delete the e-mail from your computer and
do not copy or disclose it to anyone else.  If you are not an existing
client of H&K, do not construe anything in this e-mail to make you a
client unless it contains a specific statement to that effect and do not
disclose anything to H&K in reply that you expect it to hold in
confidence.  If you properly received this e-mail as a client,
co-counsel or retained expert of H&K, you should maintain its contents
in confidence in order to preserve the attorney-client or work product
privilege that may be available to protect confidentiality.
```

```
CONFIDENTIALITY NOTE -- THIS E-MAIL TRANSMISSION IS INTENDED ONLY FOR
THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL OR EXEMPT FROM
DISCLOSURE UNDERAPPLICABLE LAW.  If the reader of this transmission is
NOT the intended recipient, or the employee or agent responsible to
deliver it to the intended recipient, you are hereby notified that any
dissemination, distribution or copying of this communication is strictly
prohibited. If you have received this communication in error, please
notify Kreindler & Kreindler immediately by telephone at 212-687-8181
and delete this message from your system.
```



Bryan Cave LLP   Chicago | Hong Kong | Irvine | Jefferson City   Kansas City | Kuwait | Los Angeles | New York | Phoenix | Riyadh
Shanghai | St. Louis | United Arab Emirates (Dubai) | Washington, DC , and Bryan Cave, A Multinational Partnership, London | www.bryancave.com

EMPLOYER IDENTIFICATION NUMBER: 43-0602162

BANK OF AMERICA, N.A.  
800 N. Market Street  
St. Louis, MO  63101  
Attn: Jason R. Hickey

March, 16, 2005  
Client # C040000  
Invoice #9424026

Payment is due upon Receipt

## STATEMENT OF ACCOUNT

### CURRENT CHARGES FOR MATTER:

File #0136310

For professional services rendered on behalf of Bank of America, N.A. in connection with the waivers and amendments to the Credit Agreement between Insituform Technologies, Inc. and the Bank, including preparation and negotiation of loan documents, review and analysis of waivers and amendments to note purchase agreements, and attention to closing and post-closing matters:

| | |
|---|---|
| Fees | $13,000.00 |
| Expenses and Other Charges | $    500.00 |
| Total | $13,500.00 |
| STATEMENT TOTAL | $13,500.00 |

### INVOICE DUE UPON RECEIPT

PLEASE WIRE TRANSFER FUNDS TO BANK OF AMERICA, N.A., ROUTING #0260-0959-3  ACCOUNT #100101007976  
PLEASE INCLUDE REFERENCE TO INVOICE NUMBER. THANK YOU.

I 00541

Law Offices of

# CHAPMAN AND CUTLER LLP

Theodore S. Chapman
1877-1943
Henry E. Cutler
1879-1959

111 West Monroe Street, Chicago, Illinois 60603-4080
Telephone (312) 845-3000
Facsimile (312) 701-2361
chapman.com

San Francisco
595 Market Street
San Francisco, California 94105
(415) 541-0500

Salt Lake City
50 South Main Street
Salt Lake City, Utah 84144
(801) 533-0066

March 18, 2005

Carol Malon
Insituform Technologies, Inc.
702 Spirit 40 Park Drive
Chesterfield, Missouri 63005

Re: Fifth Amendment to Note Purchase Agreements dated February 14, 1997
and
Second Amendment to Note Purchase Agreement dated August 24, 2003
of
Insituform Technologies, Inc.

Dear Carol:

In accordance with Section 4.1(h) of each of the Amendments described above, attached please find our statement for legal services rendered in connection with the Amendments. We will submit a separate statement to cover amounts which have not yet been posted to this matter. We estimate that these additional charges will be approximately $1,200 to $1,800. If the statement appears appropriate under the circumstances, we would appreciate your passing it along to the appropriate party for processing.

If you have any questions regarding the foregoing, please give me a call.

Very truly yours,

CHAPMAN AND CUTLER LLP

By _____Rick_____
J. Richard Fisher

JRF/ecs
Attachment

1842939.01.01
160720-9

I 00542

Law Offices of
CHAPMAN AND CUTLER LLP

P.O. Box 71291  Chicago, Illinois 60694    Matter No.    160720-9
Telephone 312 845-3000

Employer Identification No.
36-2153731

**Statement**

Please Return This Page With Payment                         Date:    March 18, 2005
                                                              No.         25-1283

Instituform Technologies, Inc.
702 Spirit 40 Park Drive
Chesterfield, Missouri 63005
Attn: Carol Malon

For services rendered and expenses incurred as special counsel to various institutional investors in connection with the preparation and delivery of (i) Fifth Amendment to Note Purchase Agreements dated as of February 14, 1997, and (ii) Second Amendment to Note Purchase Agreements dated as of April 24, 2003, of Instituform Technologies, Inc., together with related documents and supervision of execution and delivery of the foregoing on March 16, 2004 .................... $30,524.00

Document Production ............................. $135.00
Document Transmission ........................... $68.00
Telephone ....................................... $37.00 ................ $240.00

Total ......................................................................... $30,764.00

Payment to be made by wire transfer to:

Harris Trust and Savings Bank
ABA No. 071-000-288
111 West Monroe Street, Chicago, IL 60603
for credit to the account of:
Chapman and Cutler
Special Account No. 208-952-2
Reference Invoice No. and/or Matter No.160720-9

*Supplemental Statement to be sent for items posted subsequent to the effective date.

JRFisher/ecs

*900.1998*

1842931.01.03
160720-9

Law Offices of

# CHAPMAN AND CUTLER LLP

Theodore S. Chapman
1877-1943
Henry E. Cutler
1879-1959

111 West Monroe Street, Chicago, Illinois 60603-4080
Telephone (312) 845-3000
Facsimile (312) 701-2361
chapman.com

San Francisco
595 Market Street
San Francisco, California 94105
(415) 541-0500

Salt Lake City
50 South Main Street
Salt Lake City, Utah 84144
(801) 533-0066

July 8, 2005

Carol Malon
Insituform Technologies, Inc.
702 Spirit 40 Park Drive
Chesterfield, Missouri 63005

Re: Fifth Amendment to Note Purchase Agreements dated February 14, 1997
and
Second Amendment to Note Purchase Agreement dated August 24, 2003
of
Insituform Technologies, Inc.

Dear Carol:

We are enclosing our supplemental statement for disbursements and separately charged items posted to the captioned financing subsequent to Closing on March 16, 2004. If the statement appears appropriate under the circumstances we would appreciate your passing it along to the appropriate party for processing.

It was a pleasure working with you on this financing. I look forward to working on future transactions with you.

Very truly yours,

CHAPMAN AND CUTLER LLP

By _____
J. Richard Fisher

JRF/ecs
Attachment

RECEIVED

JUL 1 1 2005

INSITUFORM

1897515.01.02
160720-9

I 00544

*handwritten: AP TO 8/10/05*
*stamp: RECEIVED* *handwritten: SS 6/05*

**Law Offices of**
**CHAPMAN AND CUTLER** LLP

Employer Identification No. 36-2153731

P.O. Box 71291  Chicago, Illinois 60694

Wire Transfer Instructions
(Include Invoice/Matter Number)
Harris N.A.
Chapman and Cutler LLP Special Account
Account Number 2089522
ABA Number 071000288

Telephone 312 845-3000

**Statement**

Matter No.    160720-9

Date:    July 8, 2005
No.    25-3708

Insituform Technologies, Inc.
702 Spirit 40 Park Drive
Chesterfield, Missouri 63005
Attn: Carol Malon

Supplemental statement for services rendered and expenses incurred as special counsel to various institutional investors in connection with the preparation and delivery of (i) Fifth Amendment to Note Purchase Agreements dated as of February 14, 1997, and (ii) Second Amendment to Note Purchase Agreements dated as of April 24, 2003, of Insituform Technologies, Inc., together with related documents and supervision of execution and delivery of the foregoing on March 16, 2004 .................................................................. $926.00

Telephone......................................................$525.00
Document Production .................................$124.00
Document Transmission ..............................$100.00 ............................. $749.00

Total........................................................................................................... $1,675.00

JRFisher/ecs

*handwritten:*
Account #900.2291.20
WO # 514402
Region: Corp.

*handwritten signature: JRF 8/10/05*

1897419.01.04
160720-9
Please Return this Page with Payment

I 00545

# SPP CAPITAL PARTNERS, LLC

# INVOICE

February 17, 2005

Christian G. Farman
Senior Vice President & Chief Financial Officer
Insituform Technologies, Inc.
702 Spirit 40 Park Drive
Chesterfield, MO 63005

INVOICE # PP914

For: Retainer Fee

**Private Placement Fee**　　　　　　　　　　　　　　　　　　$25,000.00

**GRAND TOTAL**　　　　　　　　　　　　　　　　　　**$25,000.00**

| Please Wire To: | or Send Check To: |
|---|---|
| Boston Safe Deposit & Trust Co. | SPP Capital Partners, LLC |
| One Boston Place | 330 Madison Avenue, 28th Floor |
| Boston, MA 02108 | New York, NY 10017 |
| ABA No: 011-001-234 | |
| A/C Name: SPP Capital Partners, LLC | *Make Check Payable to:* |
| A/C No.: 322571 | SPP Capital Partners, LLC |
| Attention: Peter Papas | |

# SPP CAPITAL PARTNERS, LLC

# INVOICE

March 17, 2005

Christian G. Farman
Senior Vice President & Chief Financial Officer
Insituform Technologies, Inc.
702 Spirit 40 Park Drive
Chesterfield, MO 63005

INVOICE # PP914B

For:   Retainer Fee

| | |
|---|---|
| **Covenant Advisory Fee** | $200,000.00 |
| Less fees already paid | (25,000.00) |
| **Subtotal** | $175,000.00 |

**Billable Out-of-Pocket Expenses:**

| | |
|---|---|
| Air Travel | $1,454.80 |
| Hotel/Meals | $789.93 |
| Others | $451.95 |
| **Subtotal** | **$2,696.68** |

**GRAND TOTAL**  **$177,696.68**

| Please Wire To: | or Send Check To: |
|---|---|
| Boston Safe Deposit & Trust Co. | SPP Capital Partners, LLC |
| One Boston Place | 330 Madison Avenue, 28th Floor |
| Boston, MA 02108 | New York, NY 10017 |
| ABA No:   011-001-234 | |
| A/C Name:   SPP Capital Partners, LLC | *Make Check Payable to:* |
| A/C No.:   322571 | SPP Capital Partners, LLC |
| Attention:   Peter Papas | |