**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| INSITUFORM TECHNOLOGIES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN HOME ASSURANCE COMPANY, )<br>)<br>Defendant. ) | Case No. 04 10487 GAO |

**INSITUFORM TECHNOLOGIES, INC.'S ASSENTED TO MOTION
FOR LEAVE TO FILE REPLY IN SUPPORT OF ITS
MOTION TO CONTINUE THE TRIAL DATE
AND AMEND THE CASE SCHEDULE**

Pursuant to Local Rule 7.1(B), plaintiff Insituform Technologies, Inc. ("Insituform") hereby moves, for leave to file the accompanying Reply in Support of its Motion To Continue The Trial Date and Amend the Case Schedule, attached. In support of this Motion, Insituform states as follows:

1. Insituform's attached Reply is necessary to address certain arguments contained in defendant American Home Assurance Company's ("American Home") Response To Plaintiff's Motion To Continue The Trial Date and Amend the Case Schedule, filed on January 18, 2008.

2. It is in the interest of justice to permit Insituform to file the Reply and the filing thereof will neither prejudice American Home nor delay resolution of the pending Motion To Continue The Trial Date and Amend the Case Schedule.

3. Counsel for Insituform has consulted with counsel for American Home and determined that American Home has assented to this motion.

WHEREFORE, Insituform requests that its Motion for Leave to File a Reply Memorandum be granted.

Dated: January 23, 2008               Respectfully submitted,

                                      INSITUFORM TECHNOLOGIES, INC.


                                      By:    /s/ Charles L. Philbrick
                                             Charles L. Philbrick, *pro hoc vice*
                                             Holland & Knight LLP
                                             131 S. Dearborn St., 30th Fl.
                                             Chicago, IL 60603-5547
                                             (312) 263-3600

                                             and

                                             Stanley A. Martin, Esq.
                                             Holland & Knight LLP
                                             10 St. James Avenue
                                             Boston, MA 02116
                                             (617) 523-2700

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of Insituform Technologies, Inc.'s Assented to Motion for Leave to File Reply Memorandum in Support of Its Motion To Continue The Trial Date And Amend The Case Schedule was served upon:

>Gregory P. Deschenes
>Kurt Mullen
>Nixon Peabody LLP
>100 Summer Street
>Boston, MA 02110-2131

by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

____/s/__Charles L. Philbrick_____

# 5075473_v1