UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INSITUFORM TECHNOLOGIES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AMERICAN HOME ASSURANCE ) <br> COMPANY, ) <br> ) <br> Defendant. ) <br> ) | CASE NO. 04-10487 GAO |

## AFFIDAVIT OF KURT M. MULLEN

I, Kurt M. Mullen, depose and state as follows:

1. I am, and since 2002 have been, a member in good standing of the bar of the Commonwealth of Massachusetts. I am an associate in the law firm of Nixon Peabody LLP, 100 Summer Street, Boston, Massachusetts, and I am an attorney of record for defendant American Home Assurance Company ("American Home") in this action. The purpose of this affidavit is to introduce certain exhibits upon which American Home relies in support of its Motion *In Limine* to Limit the Scope of Chris Campos' Testimony.

2. Attached to this Affidavit as Exhibit 1 is a true and accurate copy of the minuscript of the deposition of Chris Campos, CPA, taken May 11, 2007.

3. Attached to this Affidavit as Exhibit 2 is a true and accurate copy of the Affidavit of Chris Campos, dated September 6, 2006.

4. Attached to this Affidavit as Exhibit 3 is a true and accurate copy of a letter from Charles L. Philbrick to Gregory P. Deschenes and Kurt M. Mullen, dated January 11, 2008.

- 2 -

5.      Attached to this Affidavit as Exhibit 4 is a true and accurate copy of the minuscript of the deposition of Chris Campos, CPA, taken January 21, 2008.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on this 25th day of January, 2008.

                                                     /s/ Kurt M. Mullen
                                                   Kurt M. Mullen