# EXHIBIT 3

Case 1:04-cv-10487-GAO    Document 87-5    Filed 01/25/2008    Page 1 of 2

# Holland + Knight

Tel  312 263 3600
Fax  312 578 6666

Holland & Knight LLP
131 South Dearborn Street, 30th Floor
Chicago, IL 60603-5517
www.hklaw.com

Charles L. Philbrick
312 715 5834
charles.philbrick@hklaw.com

January 11, 2008

Gregory P. Deschenes
Kurt M. Mullen
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110

Re:  *Insituform Technologies, Inc. v. American Home Assurance Company*
Case No. 04 10487 GAO

Dear Greg and Kurt:

I write in the wake of our lengthy discussion Wednesday concerning the form and content of the Joint Pretrial Memorandum. Thank you for your time and thoughtful input.

I write to follow up on our concluding discussion concerning Mr. Campos. As I advised you, Mr. Campos has concluded his review of the pre-December 31, 2003 costs and in light of that review he does not intend to change his opinions, *i.e.*, those costs remain properly included in the compensable loss. If you would like to depose Mr. Campos about that review I will make him available to you. I suggested that you may want to consider doing so by telephone.

I have confirmed with Mr. Campos that he is available to be examined on January 17 in the afternoon or January 18, 2008. The following week is booked up for him. Please let me know at your earliest convenience.

Yours very truly,

*Charles L. Philbrick*

Charles L. Philbrick

CLP/mp
cc: Stanley Martin

# 5045380_v1