**Insituform Technologies Inc.**
**AIG Claim - Boston Job**
**Calculation of Monthly Interest**

| | Total Job Cost | Mthly Cost % of Recoverable Damages | Cumm. Cost | Liberty Recovery | Net Outflow | Monthly Int Rate @ 9.0% | Monthly Int Rate @ 12.0% |
|---|---|---|---|---|---|---|---|
| 10/31/2003 | 44,079 | 39,597 | 39,597 | - | 39,597 | | |
| 11/30/2003 | 645,409 | 579,783 | 619,380 | - | 619,380 | | |
| 12/31/2003 | 645,313 | 579,696 | 1,199,076 | - | 1,199,076 | | |
| 1/31/2004 | 1,453,588 | 1,305,785 | 2,504,861 | - | 2,504,861 | 18,786 | 25,049 |
| 2/29/2004 | 266,273 | 239,198 | 2,744,058 | - | 2,744,058 | 20,580 | 27,441 |
| 3/31/2004 | 2,292,548 | 2,059,438 | 4,803,496 | - | 4,803,496 | 36,026 | 48,035 |
| 4/30/2004 | 421,665 | 378,789 | 5,182,285 | - | 5,182,285 | 38,867 | 51,823 |
| 5/31/2004 | 245,834 | 220,837 | 5,403,123 | - | 5,403,123 | 40,523 | 54,031 |
| 6/30/2004 | 37,907 | 34,053 | 5,437,175 | - | 5,437,175 | 40,779 | 54,372 |
| 7/31/2004 | - | - | 5,437,175 | - | 5,437,175 | 40,779 | 54,372 |
| 8/31/2004 | - | - | 5,437,175 | - | 5,437,175 | 40,779 | 54,372 |
| 9/30/2004 | - | - | 5,437,175 | (350,000) | 5,087,175 | 38,154 | 50,872 |
| 10/31/2004 | - | - | 5,437,175 | - | 5,087,175 | 38,154 | 50,872 |
| 11/30/2004 | - | - | 5,437,175 | - | 5,087,175 | 38,154 | 50,872 |
| 12/31/2004 | - | - | 5,437,175 | (650,000) | 4,437,175 | 33,279 | 44,372 |
| 1/31/2005 | - | - | 5,437,175 | - | 4,437,175 | 33,279 | 44,372 |
| 2/28/2005 | - | - | 5,437,175 | - | 4,437,175 | 33,279 | 44,372 |
| 3/31/2005 | - | - | 5,437,175 | - | 4,437,175 | 33,279 | 44,372 |
| 4/30/2005 | 20,344 | 18,275 | 5,455,450 | - | 4,455,450 | 33,416 | 44,555 |
| 5/31/2005 | 12,384 | 11,125 | 5,466,575 | - | 4,466,575 | 33,499 | 44,666 |
| 6/30/2005 | 8,582 | 7,709 | 5,474,285 | - | 4,474,285 | 33,557 | 44,743 |
| 7/31/2005 | 480,085 | 431,269 | 5,905,554 | - | 4,905,554 | 36,792 | 49,056 |
| 8/31/2005 | 611,174 | 549,029 | 6,454,582 | - | 5,454,582 | 40,909 | 54,546 |
| 9/30/2005 | 593,749 | 533,376 | 6,987,958 | - | 5,987,958 | 44,910 | 59,880 |
| 10/31/2005 | 74,518 | 66,941 | 7,054,899 | - | 6,054,899 | 45,412 | 60,549 |
| 11/30/2005 | - | - | 7,054,899 | - | 6,054,899 | 45,412 | 60,549 |
| 12/31/2005 | - | - | 7,054,899 | - | 6,054,899 | 45,412 | 60,549 |
| 1/31/2006 | - | - | 7,054,899 | - | 6,054,899 | 45,412 | 60,549 |
| 2/28/2006 | - | - | 7,054,899 | - | 6,054,899 | 45,412 | 60,549 |
| 3/31/2006 | - | - | 7,054,899 | - | 6,054,899 | 45,412 | 60,549 |
| 4/30/2006 | - | - | 7,054,899 | - | 6,054,899 | 45,412 | 60,549 |
| 5/31/2006 | - | - | 7,054,899 | - | 6,054,899 | 45,412 | 60,549 |
| 6/30/2006 | - | - | 7,054,899 | - | 6,054,899 | 45,412 | 60,549 |
| 7/31/2006 | - | - | 7,054,899 | - | 6,054,899 | 45,412 | 60,549 |
| 8/31/2006 | - | - | 7,054,899 | - | 6,054,899 | 45,412 | 60,549 |
| 9/30/2006 | - | - | 7,054,899 | - | 6,054,899 | 45,412 | 60,549 |
| 10/31/2006 | - | - | 7,054,899 | - | 6,054,899 | 45,412 | 60,549 |
| 11/30/2006 | - | - | 7,054,899 | - | 6,054,899 | 45,412 | 60,549 |
| 12/31/2006 | - | - | 7,054,899 | - | 6,054,899 | 45,412 | 60,549 |
| 1/31/2007 | - | - | 7,054,899 | - | 6,054,899 | 45,412 | 60,549 |
| 2/28/2007 | - | - | 7,054,899 | - | 6,054,899 | 45,412 | 60,549 |
| 3/31/2007 | - | - | 7,054,899 | - | 6,054,899 | 45,412 | 60,549 |
| 4/30/2007 | - | - | 7,054,899 | - | 6,054,899 | 45,412 | 60,549 |
| 5/31/2007 | - | - | 7,054,899 | - | 6,054,899 | 45,412 | 60,549 |
| 6/30/2007 | - | - | 7,054,899 | - | 6,054,899 | 45,412 | 60,549 |
| 7/31/2007 | - | - | 7,054,899 | - | 6,054,899 | 45,412 | 60,549 |
| 8/31/2007 | - | - | 7,054,899 | - | 6,054,899 | 45,412 | 60,549 |
| 9/30/2007 | - | - | 7,054,899 | - | 6,054,899 | 45,412 | 60,549 |
| 10/31/2007 | - | - | 7,054,899 | - | 6,054,899 | 45,412 | 60,549 |
| 11/30/2007 | - | - | 7,054,899 | - | 6,054,899 | 45,412 | 60,549 |
| 12/31/2007 | - | - | 7,054,899 | - | 6,054,899 | 45,412 | 60,549 |
| 1/31/2008 | - | - | 7,054,899 | - | 6,054,899 | 45,412 | 60,549 |
| 2/29/2008 | - | - | 7,054,899 | - | 6,054,899 | 45,412 | 60,549 |
| | 7,853,452 | 7,054,899 | | | | | |
| | | | | Total Interest Due | | 2,064,720 | 2,752,960 |

2/25/2008
6:39 PM


boston job monthly interest calculation rev 1.xls


