IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INSITUFORM TECHNOLOGIES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AMERICAN HOME ASSURANCE COMPANY, ) <br> ) <br> Defendant. ) | Case No. 04 10487 GAO |

## AFFIDAVIT OF CHARLES PHILBRICK

I, Charles Philbrick, being duly sworn do hereby depose and state:

1. I counsel of record for plaintiff Insituform Technologies, Inc. The following is based on personal knowledge and is true and correct to the best of my understanding. If called as a witness in this case, sworn under oath and subject to the penalty of perjury, I would testify as follows:

2. Attached to this affidavit as Exhibit 1 is a true and correct copy of portions of the Deposition Transcript of Chris Campos taken on January 21, 2008 and the deposition exhibit marked Campos 14 at that deposition.

By: _____
Charles L. Philbrick

Subscribed and Sworn
Before me this 25th
Day of February, 2008

_____
Notary Public

OFFICIAL SEAL
DEBRA M DELA CRUZ
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/18/09

# 5149213_v1

1