UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| INSITUFORM TECHNOLOGIES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AMERICAN HOME ASSURANCE ) <br> COMPANY, ) <br> ) <br> Defendant. ) | CASE NO. 04-10487 GAO |

## AFFIDAVIT OF MARGARET HOELER

I, Margaret Hoeler, being duly sworn, hereby state and depose as follows:

1. I am an employee of AIG Excess Casualty, and my duties at all times during the relevant periods referenced in this affidavit included underwriting activities. I have personal knowledge of the matters set forth herein.

2. I was the underwriter responsible for the American Home Policy at issue in this case, Policy No. BE-3206923, and was involved in negotiating, underwriting, and approving this policy.

3. I determined the premium for American Home Policy No. BE-3206923 based on American Home's rates filed with the State of Missouri, because this was the location of the headquarters of Insituform Technologies, Inc.

4. American Home is authorized to do business in the State of Missouri, and was so authorized in 2003 when it negotiated, underwrote, issued and delivered American Home Policy No. BE-3206923.

10916381.1

- 2 -

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 25th day of February, 2008.

                                              Margaret Hoeler
                                              AIG Excess Casualty
                                              1200 Abernathy Road NE
                                              North Park Town Center
                                              Building 600
                                              Atlanta GA 30328
                                              770-671-2320

County of Clayton

On this 25th day of February, 2008, before me, the undersigned notary public, personally appeared Margaret Hoeler, proved to me through satisfactory evidence of identification, which was 054869443, to be the person whose name is signed on the foregoing instrument, and acknowledged to me that she signed it voluntarily for its stated purpose.

                                              Alice M. Carter
                                              Notary Public
                                              My commission expires: 2/9/2009

Notary Public, Clayton County, Georgia
My Commission Expires 02-09-2009

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by first class mail on February 25th, 2008 and upon all parties registered for electronic notification via the Court's electronic filing system.

                                              /s/ Gregory P. Deschenes
                                              Gregory P. Deschenes

10916381.1