UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

INSITUFORM TECHNOLOGIES, INC
        Plaintiff(s)

v.    CIVIL ACTION NO. 04-10487-GAO

AMERICAN HOME ASSURANCE COMPANY
        Defendant(s)

**JUDGMENT IN A CIVIL CASE**

O'TOOLE    , D.J.

**IT IS ORDERED AND ADJUDGED**

    Pursuant to the Court's Order Regarding Prejudgment Interest, dated March 31, 2008, judgment shall be entered in favor of Insituform in the stipulated sum of $6,054,899.68, plus $1,628,917.36 in prejudgment interest, for a total judgment award of $7,683,817.04.

SARAH A. THORNTON,
CLERK OF COURT

Dated: 3/31/08    By /s/ Paul S. Lyness
        Deputy Clerk

(JudgementCivil.wpd - 3/7/2005)