UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                    )
INSITUFORM TECHNOLOGIES, INC.,     )
                                                    )
                Plaintiff,                          )
                                                    )
v.                                                  )     CASE NO. 04-10487 GAO
                                                    )
AMERICAN HOME ASSURANCE       )
COMPANY,                                     )
                                                    )
                Defendant.                     )
_____ )

**AMERICAN HOME ASSURANCE COMPANY'S NOTICE OF APPEAL**

Notice is hereby given that American Home Assurance Company ("American Home"), defendant in the above-named case, hereby appeals to the United States Court of Appeals for the First Circuit from the Judgment entered on March 31, 2008, and all orders and rulings adverse to American Home in this action, including but not limited to the Court's Memorandum and Order entered on March 30, 2005 [Docket Entry 24], Memorandum and Order on Motion for Reconsideration entered on May 24, 2006 [Docket Entry 38] and Opinion and Order entered on September 28, 2007 [Docket Entry 72].

        Respectfully submitted,

        AMERICAN HOME ASSURANCE COMPANY,

        By its attorneys,

          /s/ Gregory P. Deschenes
        Gregory P. Deschenes (BBO #550830)
        gdeschenes@nixonpeabody.com
        Kurt M. Mullen (BBO #651954)
        kmullen@nixonpeabody.com
        NIXON PEABODY LLP
        100 Summer Street
        Boston, Massachusetts  02110
        (617) 345-1000
        (617) 345-1300 (facsimile)

Dated:  April 25, 2008

10970972.1

**CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the above document was served upon all parties registered for electronic notification via the Court's electronic filing system on April 25, 2008.  Two copies of this document also will be filed with the Clerk for the United States District Court for the District of Massachusetts pursuant to Fed. R. App. P. 3(d).

      /s/ Gregory P. Deschenes
      Gregory P. Deschenes