UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| INSITUFORM TECHNOLOGIES, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CASE NO. 04-10487 GAO |
| AMERICAN HOME ASSURANCE COMPANY, | ) ) ) ) | |
| Defendant. | ) ) | |

**AMERICAN HOME ASSURANCE COMPANY'S
ASSENTED-TO MOTION FOR APPROVAL OF SUPERSEDEAS BOND
AND STAY OF EXECUTION OF JUDGMENT PENDING APPEAL**

Defendant American Home Assurance Company ("American Home") hereby moves for this Court's approval of a supersedeas bond in the amount of $8,452,698.74 and a stay of execution of Judgment in Plaintiff's favor entered on March 31, 2008.

In support of this Motion, American Home states:

1. On March 31, 2008, this Court entered Judgment in favor of Plaintiff Insituform Technologies, Inc. ("Insituform") in the amount of $7,683,817.04. [Docket Entry 98.]

2. On April 25, 2008, American Home timely filed a Notice of Appeal of this Court's Judgment. [Docket Entry 100.]

3. Federal Rule of Civil Procedure 62(d) provides for an automatic stay of a final judgment once the appellant has filed its appeal and posted a supersedeas bond in an amount approved by the court. See Becker v. United States, 451 U.S. 1306, 1308 (1981) (Rule 62(d) is automatic stay provision).

10970844.1

4.     American Home obtained a supersedeas bond in the amount of $8,452,698.74, which, in accordance with Local Civil Rule 62.2, represents the amount of the Judgment ($7,683,817.04), plus 10 percent ($768,381.70), plus $500.  This bond was filed with the Clerk's Office on April 25, 2008.  A true and accurate copy of such bond, justification of surety, and National Union's Company License issued by the Massachusetts Division of Insurance are attached hereto as Exhibits 1, 2 and 3.

5.     Insituform's counsel was provided with a copy of the supersedeas bond prior to American Home's filing of this Motion, and he has reported that Insituform has no objection to the approval of the bond and a stay of execution on the Judgment.

WHEREFORE, for the foregoing reasons, American Home respectfully requests that this Court:

1.     Approve the submitted supersedeas bond and stay any execution of the Judgment pending the adjudication of the appeal; and

2.     Grant such other further relief the Court deems just and appropriate.

## LOCAL RULE 7.1(A) CERTIFICATION

By signing below, the undersigned certifies that counsel for American Home has conferred in good faith with counsel for Plaintiff and that Plaintiff assents to the relief requested in this Motion.

Respectfully submitted,

AMERICAN HOME ASSURANCE COMPANY,

By its attorneys,

  /s/ Gregory P. Deschenes
Gregory P. Deschenes (BBO #550830)
gdeschenes@nixonpeabody.com
Kurt M. Mullen (BBO #651954)
kmullen@nixonpeabody.com
NIXON PEABODY LLP
100 Summer Street
Boston, Massachusetts  02110
(617) 345-1000
(617) 345-1300 (facsimile)

Dated:  April 25, 2008

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon all parties registered for electronic notification via the Court's electronic filing system on April 25, 2008.

  /s/ Gregory P. Deschenes
Gregory P. Deschenes