# EXHIBIT 2

## JUSTIFICATION OF SURETY

State of Texas            )
County of Dallas          )
                          )
                          )
                          )

Rachel Richardson, being duly sworn, deposes and says:

1. I am the Attorney-in-Fact of National Union Fire Insurance Company of Pittsburgh, PA ("National Union"), surety on the attached bond. National Union has authorized me to make the statements contained in this Justification on its behalf.

2. National Union is a Pennsylvania corporation duly licensed to do business in the Commonwealth of Massachusetts as an admitted surety insurer within the meaning of M.G.L. c. 175, *et seq.* National Union is qualified to act as surety on this bond under §§ 9304(a) and 9306 of Title 31 of the United States Code.

3. National Union has made all filings with the Secretary of the Treasury required by Section 9305 of title 31 of the United States Code, and the Secretary has authorized National Union to provide surety bonds under Section 9304 of Title 31 of the United States Code.

I signed this Affidavit of Justification on April 23, 2008 at Dallas, Texas.

*Rachel Richardson*
Rachel Richardson

SUBSCRIBED AND SWORN TO BEFORE ME on April 23, 2008 at Dallas, Texas.

*Jessica Rosser*

JESSICA ROSSER
Notary Public
STATE OF TEXAS
My Comm. Exp. 03-18-2009

Notary Public in and for the State of Texas
My commission expires on 3-18-2009.

10976917.2               4

# POWER OF ATTORNEY

**American Home Assurance Company**
**National Union Fire Insurance Company of Pittsburgh, PA.**

Principal Bond Office: 175 Water Street, New York, NY 10038

Power No. 28501

No. 09-E-1026706

**KNOW ALL MEN BY THESE PRESENTS:**

That American Home Assurance Company, a New York corporation, and National Union Fire Insurance Company of Pittsburgh, PA., a Pennsylvania corporation, does each hereby appoint

---Keith DeGarmo, Richard Martin, Rachel Richardson, Jessica Rosser, Daniel Wolfe: of Dallas, Texas---

its true and lawful Attorney(s)-in-Fact, with full authority to execute on its behalf bonds, undertakings, recognizances and other contracts of indemnity and writings obligatory in the nature thereof, issued in the course of its business, and to bind the respective company thereby.

IN WITNESS WHEREOF, American Home Assurance Company and National Union Fire Insurance Company of Pittsburgh, PA. have each executed these presents

this 30th day of November, 2007

 

Vincent P. Forte, Vice President

STATE OF NEW YORK }
COUNTY OF NEW YORK } ss.

On this 30th day of November, 2007 before me came the above named officer of American Home Assurance Company and National Union Fire Insurance Company of Pittsburgh, PA., to me personally known to be the individual and officer described herein, and acknowledged that he executed the foregoing instrument and affixed the seals of said corporations thereto by authority of his office.

JULIANA E. HALLENBECK
NOTARY PUBLIC, STATE OF NEW YORK
No. 01HA6125671
QUALIFIED IN BRONX COUNTY
MY COMMISSION EXPIRES APRIL 18, 2009

## CERTIFICATE

Exerpts of Resolutions adopted by the Boards of Directors of American Home Assurance Company and National Union Fire Insurance Company of Pittsburgh, PA. on May 18, 1976:

"RESOLVED, that the Chairman of the Board, the President, or any Vice President be, and hereby is, authorized to appoint Attorneys-in-Fact to represent and act for and on behalf of the Company to execute bonds, undertakings, recognizances and other contracts of indemity and writings obligatory in the nature thereof, and to attach thereto the corporate seal of the Company, in the transaction of its surety business;

"RESOLVED, that the signatures and attestations of such officers and the seal of the Company may be affixed to any such Power of Attorney or to any certificate relating thereto by facsimile, and any such Power of Attorney or certificate bearing such facsimile signatures or facsimile seal shall be valid and binding upon the Company when so affixed with respect to any bond, undertaking, recognizance and other contract of indemnity and writing obligatory in the nature thereof;

"RESOLVED, that any such Attorney-in-Fact delivering a secretarial certification that the foregoing resolutions still be in effect may insert in such certification the date thereof, said date to be not later than the date of delivery thereof by such Attorney-in-Fact."

I, Elizabeth M. Tuck, Secretary of American Home Assurance Company and of National Union Fire Insurance Company of Pittsburgh, PA. do hereby certify that the foregoing exerpts of Resolutions adopted by the Boards of Directors of these corporations, and the Powers of Attorney issued pursuant thereto, are true and correct, and that both the Resolutions and the Powers of Attorney are in full force and effect.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the facsimile seal of each corporation

this 23rd day of April, 2008

 

Elizabeth M. Tuck, Secretary

65166 (4/96)

## ACCEPTANCE AND FILING OF BOND

On behalf of the United States District Court for the District of Massachusetts, I have accepted and filed this bond on _____.

_____
_____, CLERK

By: *[signature: Michael J Cataldo]*

Deputy Clerk
United States District Court
District of Massachusetts