# EXHIBIT 3



# COMMONWEALTH OF MASSACHUSETTS
## Office of Consumer Affairs and Business Regulation
### DIVISION OF INSURANCE
One South Station • Boston, MA 02110 - 2208
(617) 521-7794 • FAX (617) 521-7576
TTY/TDD (617) 521-7490
http://www.mass.gov/doi

**DEVAL L. PATRICK**
GOVERNOR

**TIMOTHY P. MURRAY**
LIEUTENANT GOVERNOR

**DANIEL O'CONNELL**
SECRETARY OF HOUSING AND
ECONOMIC DEVELOPMENT

**DANIEL C. CRANE**
DIRECTOR

**NONNIE S. BURNES**
COMMISSIONER OF INSURANCE

Serial #:    516027000
NAIC #:      19445
Federal ID #: 250687550

## FOREIGN COMPANY
## CERTIFICATE OF COMPLIANCE

The undersigned, Commissioner of Insurance of the Commonwealth of Massachusetts, hereby certifies that the Division has compared the annexed copy of the **Company License of National Union Fire Ins. Co. of Pittsburgh PA** with the original on file in this Department, and that the same is a correct transcript of the whole of said original.



In Witness Whereof, I have hereunto set my hand, and affixed the official seal of this Division at the City of Boston, this 4/22/2008.

Nonnie S. Burnes
Commissioner of Insurance

COMP006 - Foreign Company Certificate of Compliance / License

# COMMONWEALTH OF MASSACHUSETTS
## Office of Consumer Affairs and Business Regulation
### DIVISION OF INSURANCE
One South Station • Boston, MA 02110 - 2208
(617) 521-7794 • FAX (617) 521-7576
TTY/TDD (617) 521-7490
http://www.mass.gov/doi

DEVAL L. PATRICK
GOVERNOR

TIMOTHY P. MURRAY
LIEUTENANT GOVERNOR

DANIEL O'CONNELL
SECRETARY OF HOUSING AND
ECONOMIC DEVELOPMENT

DANIEL C. CRANE
DIRECTOR

NONNIE S. BURNES
COMMISSIONER OF INSURANCE

Serial #: 000540231000
NAIC #: 19445
Licensed: Nov 6 1901

## COMPANY LICENSE

### THIS IS TO CERTIFY THAT

### National Union Fire Ins. Co. of Pittsburgh PA

has fully complied with the requirements of the laws applicable to it and that it is authorized to issue policies and transact the kinds of business authorized under the Sections of Chapter 175 of the General Laws of Massachusetts and amendments thereto described by the following designations:

**1  12  17  20  2A  4  51  54BX  5B  6A  6B  6E  6F  6G  7  8  9**

DESIGNATION CODES:

| Code | Description | Code | Description |
|---|---|---|---|
| 1 | Fire | 15 | Reinsurance (Reinsurance Companies Only) |
| 2A | Ocean & Inland Marine | 16A | Life - All Kinds |
| 2B | Inland Marine Only | 16B | Group Life Only |
| 4 | Fidelity and Surety | 16C | Variable Annuity Authorization |
| 5A | Boiler | 16D | Annuities Only |
| 5B | Boiler (No Inspector) | 16E | Variable Life Authorization |
| 6A | Accident - All Kinds | 17 | Repair - Replacement |
| 6B | Health - All Kinds | 19 | Legal Services |
| 6C | Group Accident & Health | 20 | Credit Involuntary Unemployment |
| 6D | Non-Can. Acc. & Health | 51 | Stock Companies   >(Extension of coverage) |
| 6E | Workers' Compensation | 54 | Mutual Companies  >(not specified in Section 47) |
| 6F | Liability other than Auto | 54BX | Reinsurance except Life |
| 6G | Auto Liability | 54BY | Nuclear Energy |
| 7 | Glass | 54BZ | Special Hazards |
| 8 | Water Damage and Sprinkler Leakage | 54C | Comprehensive M.V. & Aircraft |
| 9 | Elevator Property Damage and Collision | 54D | Personal Property Floater |
| 10 | Credit | 54E | Dwellings |
| 11 | Title | 54F | Commercial Property |
| 12 | Burglary, Robbery, Theft | 54G | Reinsurance - Life Companies Only |
| 13 | Livestock | | |

This certificate shall remain in effect until midnight of Jun 30 2008 unless said authority is amended or revoked in accordance with law.

License Effective Date: Jul 1 2007

Nonnie S. Burnes
Commissioner of Insurance

COMP005 - Foreign Company License