# POWER OF ATTORNEY

**American Home Assurance Company**  
**National Union Fire Insurance Company of Pittsburgh, PA.**

Principal Bond Office: 175 Water Street, New York, NY 10038

Power No. **28501**

No. **09-E-1026706**

**KNOW ALL MEN BY THESE PRESENTS:**

That American Home Assurance Company, a New York corporation, and National Union Fire Insurance Company of Pittsburgh, PA., a Pennsylvania corporation, does each hereby appoint

---Keith DeGarmo, Richard Martin, Rachel Richardson, Jessica Rosser, Daniel Wolfe: of Dallas, Texas---

its true and lawful Attorney(s)-in-Fact, with full authority to execute on its behalf bonds, undertakings, recognizances and other contracts of indemnity and writings obligatory in the nature thereof, issued in the course of its business, and to bind the respecrive company thereby.

**IN WITNESS WHEREOF,** American Home Assurance Company and National Union Fire Insurance Company of Pittsburgh, PA. have each executed these presents

this 30th day of November, 2007

 

Vincent P. Forte, Vice President

**STATE OF NEW YORK** }  
**COUNTY OF NEW YORK** } ss.

On this 30th day of November, 2007 before me came the above named officer of American Home Assurance Company and National Union Fire Insurance Company of Pittsburgh, PA., to me personally known to be the individual and officer described herein, and acknowledged that he executed the foregoing insturment and affixed the seals of said corporations thereto by authority of his office.

JULIANA E. HALLENBECK  
NOTARY PUBLIC, STATE OF NEW YORK  
No. 01HA6125671  
QUALIFIED IN BRONX COUNTY  
MY COMMISSION EXPIRES APRIL 18, 2009

## CERTIFICATE

Exerpts of Resolutions adopted by the Boards of Directors of American Home Assurance Company and National Union Fire Insurance Company of Pittsburgh, PA. on May 18, 1976:

"**RESOLVED,** that the Chairman of the Board, the President, or any Vice President be, and hereby is, authorized to appoint Attorneys-in-Fact to represent and act for and on behalf of the Company to execute bonds, undertakings, recognizances and other contracts of indemity and writings obligatory in the nature thereof, and to attach thereto the corporate seal of the Company, in the transaction of its surety business;

"**RESOLVED,** that the signatures and attestations of such officers and the seal of the Company may be affixed to any such Power of Attorney or to any certificate relating thereto by facsimile, and any such Power of Attorney or certificate bearing such facsimile signatures or facsimile seal shall be valid and binding upon the Company when so affixed with respect to any bond, undertaking, reeognizance and other contract of indemnity and writing obligatory in the nature thereof;

"**RESOLVED,** that any such Attorney-in-Fact delivering a secretarial certification that the foregoing resolutions still be in effect may insert in such certification the date thereof, said date to be not later than the date of delivery thereof by such Attorney-in-Fact."

I, Elizabeth M. Tuck, Secretary of American Home Assurance Company and of National Union Fire Insurance Company of Pittsburgh, PA. do hereby certify that the foregoing exerpts of Resolutions adopted by the Boards of Directors of these corporations, and the Powers of Attorney issued pursuant thereto, are true and correct, and that both the Resolutions and the Powers of Attorney are in full force and effect

**IN WITNESS WHEREOF,** I have hereunto set my hand and affixed the facsimile seal of each corporation

this 23rd day of April, 2008

 

Elizabeth M. Tuck, Secretary

65166 (4/96)