# JUSTIFICATION OF SURETY

State of Texas                )
County of Dallas              )
                              )
                              )
                              )

Rachel Richardson, being duly sworn, deposes and says:

1.  I am the Attorney-in-Fact of National Union Fire Insurance Company of Pittsburgh, PA ("National Union"), surety on the attached bond. National Union has authorized me to make the statements contained in this Justification on its behalf.

2.  National Union is a Pennsylvania corporation duly licensed to do business in the Commonwealth of Massachusetts as an admitted surety insurer within the meaning of M.G.L. c. 175, *et seq.* National Union is qualified to act as surety on this bond under §§ 9304(a) and 9306 of Title 31 of the United States Code.

3.  National Union has made all filings with the Secretary of the Treasury required by Section 9305 of title 31 of the United States Code, and the Secretary has authorized National Union to provide surety bonds under Section 9304 of Title 31 of the United States Code.

I signed this Affidavit of Justification on April 23, 2008 at Dallas, Texas.

_____
Rachel Richardson

SUBSCRIBED AND SWORN TO BEFORE ME on April 23, 2008 at Dallas, Texas.

JESSICA ROSSER
Notary Public
STATE OF TEXAS
My Comm. Exp. 03-18-2009

_____
Notary Public in and for the State of Texas
My commission expires on 3-18-2009.

10976917 2                                4