## ACCEPTANCE AND FILING OF BOND

On behalf of the United States District Court for the District of Massachusetts, I have accepted and filed this bond on April 29, 2008.

**SARAH A. THORNTON**

_____, CLERK

By: _____
Deputy Clerk
United States District Court
District of Massachusetts

**04 CA 10487 GAO**