## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INSITUFORM TECHNOLOGIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 04 10487 GAO |
| ) | |
| AMERICAN HOME ASSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

### INSITUFORM'S NOTICE OF APPEAL

Notice is given that plaintiff, Insituform Technologies, Inc. ("Insituform"), appeals to the United States Court of Appeals for the First Circuit from the adverse determinations set forth in the Court's Memorandum and Order entered on March 30, 2005 [Docket Entry 24], the Court's ruling on plaintiff's Motion to Continue [Docket Entry 76] and defendant's Motion in Limine to Exclude [Docket Entry 82] as set forth the Electronic Clerk's Notes of January 24, 2008 and February 1, 2008, the Court's Memorandum and Order entered on March 31, 2008 [Docket Entry 97] and the Judgment entered on March 31, 2008 [Docket Entry 98].

Dated: May 8, 2008

Respectfully submitted,

INSITUFORM TECHNOLOGIES, INC.

By:  /s/ Charles L. Philbrick
Charles L. Philbrick, *pro hoc vice*
Holland & Knight LLP
131 S. Dearborn St., 30th Fl.
Chicago, IL 60603-5547
(312) 263-3600

Stanley A. Martin, Esq.
Holland & Knight LLP
10 St. James Avenue
Boston, MA 02116
(617) 523-2700

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of Instituform's Notice of Appeal was served upon the attorney of record for the Defendant by virtue of electronically filing this document with the Court on the 8th day of May, 2008.

>By:   /s/ Charles L. Philbrick
>Charles L. Philbrick, *pro hoc vice*
>Holland & Knight LLP
>131 S. Dearborn St., 30th Fl.
>Chicago, IL 60603-5547
>(312) 263-3600
>
>and
>
>Stanley A. Martin, Esq.
>Holland & Knight LLP
>10 St. James Avenue
>Boston, MA 02116
>(617) 523-2700

# 5317126_v1

LAW OFFICES
**HOLLAND & KNIGHT LLP**
ONE TAMPA CITY CENTER
201 N. FRANKLIN STREET, SUITE 1100
TAMPA, FL 33602

WACHOVIA
ST. PETERSBURG, FLORIDA

BOS 3059702

May 08, 2008

63-751
631

Pay  Four Hundred Fifty Five and 00/100 ———————————    DOLLARS $ 455.00

VOID AFTER 180 DAYS
TWO SIGNATURES REQUIRED FOR AMOUNTS OVER $1,000.00

TO THE ORDER OF  United States District Court for the District of Massachusetts

[signature]

S.Martin    ⑊"3059702⑊"  ⑊:063107513⑊: 209000239044 1⑊"

Security features are included.
Details on back.

---

| HOLLAND & KNIGHT LLP | DETACH AND RETAIN THIS STATEMENT<br>THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW<br>IF NOT CORRECT PLEASE NOTIFY US PROMPTLY  NO RECEIPT DESIRED | BOS 3059702 |
|---|---|---|
| DATE | DESCRIPTION | AMOUNT |
| 05-08-2008 | Filing fee for the Notice of Appeal | $455.00 |
|  | 432636-00014 |  |

# Holland+Knight

Tel 617 523 2700
Fax 617 523 6850

Holland & Knight LLP
10 St. James Avenue
Boston, MA 02116-3889
www.hklaw.com

May 8, 2008
BY HAND

Stanley A. Martin
617 854 1415
stan.martin@hklaw.com

Clerk's Office
Civil Clerk's Office
United States District Court for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

    Re:    Insituform Technologies, Inc.
            v.
           <u>American Home Assurance Company</u>
           U.S.D.C. Civil Action No.04-10487GAO

Dear Sir or Madam:

    Please find enclosed the following:

    1. Insituform Technologies, Inc.'s Notice of Appeal

    2. Insituform Technologies, Inc.'s **check** in the amount of $455.00 for the Notice of Appeal filing fee.

    Please note that the above will also be filed electronically with the Court.

    Kindly acknowledge receipt of this document by date-stamping the enclosed copy of this letter and returning same to the messenger waiting.

    Thank you for your consideration in this matter.

    Sincerely,

    HOLLAND & KNIGHT LLP

    Stanley A. Martin

SAM/dmc
enclosures
cc:    Gregory P. Deschenes, Esq. (w/enclosures -- filed electronically)
       Charles L. Philbrick, Esq. (Of Counsel) (w/enclosures -- filed electronically)

432636.00014
# 5150686_v1