```
                    UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS




                                    )
INSITUFORM TECHNOLOGIES, INC.,      )
                                    )
        Plaintiff,                  )
                                    )Civil Action No. 04-10487-GAO
v.                                  )
                                    )
AMERICAN HOME ASSURANCE COMPANY,    )
                                    )
        Defendant.                  )
                                    )



BEFORE:  The Honorable George A. O'Toole, Jr.


                       STATUS CONFERENCE



         John J. Moakley United States Courthouse
                     Courtroom No. 9
                    One Courthouse Way
               Boston, Massachusetts  02210
                Monday, November 19, 2007
                         2:30 p.m.




              Marcia G. Patrisso, RPR, CRR
                  Official Court Reporter
               John J. Moakley U.S. Courthouse
             One Courthouse Way, Room 3510
               Boston, Massachusetts  02210
                      (617) 737-8728

         Mechanical Steno - Computer-Aided Transcript
```

PDF created with pdfFactory trial version www.pdffactory.com

```
 1   APPEARANCES:

 2
         HOLLAND & KNIGHT LLP
 3       By: Charles L. Philbrick, Esq.
         131 S. Dearborn Street - 30th Floor
 4       Chicago, Illinois  60603-5517
         On Behalf of the Plaintiff
 5
         NIXON PEABODY LLP
 6       By: Gregory P. Deschenes, Esq.
             Kurt M. Mullen, Esq.
 7       100 Summer Street
         Boston, Massachusetts  02110
 8       On Behalf of the Defendant

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

PDF created with pdfFactory trial version www.pdffactory.com

```
 1                    P R O C E E D I N G S
 2          THE CLERK:  Next up will be Insituform
 3  Technologies versus American Home Assurance Company for
 4  a status conference, which is Docket 04-10487.
 5          Would counsel please identify yourselves for the
 6  record.
 7          MR. PHILBRICK:  Good afternoon, your Honor.
 8  Charlie Philbrick on behalf of the plaintiff, Insituform
 9  Technologies.
10          MR. DESCHENES:  Good afternoon, your Honor.
11  Greg Deschenes on behalf of the defendant, American
12  Home.
13          MR. MULLEN:  Good afternoon, your Honor.  Kurt
14  Mullen also on behalf of American Home.
15          THE COURT:  Okay.  This is my favorite case.
16          MR. PHILBRICK:  Me too.
17          THE COURT:  We've got to do something, though,
18  right?
19          MR. PHILBRICK:  You have ruled on the
20  cross-motions for summary judgment, you've resolved the
21  issues on liability coverage, and you observed findings
22  of -- issues of fact as to the amount of damages.
23          Discovery is closed.  We've been trying to talk
24  about what the issues are and how we might be able to
25  streamline things, but at this point we'd like to get --
```

PDF created with pdfFactory trial version www.pdffactory.com

```
 1  we think that a trial -- we do have a jury demand, and
 2  at this point we are inclined to ask for a jury trial on
 3  the damages issue.  We think the trial could be done in,
 4  reasonably, two days, maybe even one day.  It looks like
 5  there's only three witnesses.
 6          So we'd like to ask for a trial date, and then
 7  the pretrial date would be determined based on that, I
 8  assume.
 9          MR. DESCHENES:  Your Honor, nothing to add other
10  than the fact that there may be a couple of items of
11  discovery left open depending on who Insituform decides
12  to call as witnesses.  There are a couple of people we
13  have not deposed who are, right now, on their witness
14  list.  But if they're not going to call them, we don't
15  need to take their depositions.
16          THE COURT:  Am I remembering correctly that
17  there was some controversy about whether somebody was an
18  expert or not?
19          MR. PHILBRICK:  No.
20          THE COURT:  No?  That's a different case.
21          MR. DESCHENES:  There will be some issues
22  involving the scope of that witness's expertise, your
23  Honor.
24          THE COURT:  Okay.  What can you do for us?
25  Let's try February.
```

PDF created with pdfFactory trial version www.pdffactory.com

```
 1            THE CLERK:  All right.  Monday, February 4th, at
 2   nine o'clock for jury selection in the trial.  And we'll
 3   have the final pretrial conference on Thursday, January
 4   24th, at two o'clock.
 5            THE COURT:  Okay.  Anything else today?
 6            MR. PHILBRICK:  Thank you, your Honor.
 7            THE COURT:  Okay.
 8            MR. DESCHENES:  Thank you.
 9            MR. MULLEN:  Thank you, your Honor.
10            (The proceedings adjourned at 2:34 p.m.)
11
12                    C E R T I F I C A T E
13
14       I, Marcia G. Patrisso, RPR, CRR, Official
15   Reporter of the United States District Court, do hereby
16   certify that the foregoing transcript constitutes, to
17   the best of my skill and ability, a true and accurate
18   transcription of my stenotype notes taken in the matter
19   of Civil Action No. 04-10487-GAO, Insituform
20   Technologies, Inc. v. American Home Assurance Company.
21
22                     /s/ Marcia G. Patrisso
                       MARCIA G. PATRISSO, RPR, CRR
23                     Official Court Reporter
24
25
```

PDF created with pdfFactory trial version www.pdffactory.com