## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number: 08-1602, 08-1603

USDC Docket Number: 04-cv-10487

Insituform Technologies, Inc.,

v.

American Home Assurance Company

### CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered: Documents #'s 90-96, Box of Exhibits 1 of 2 Box of Exhibits 2 of 2 Exhibits 1-6

are the original or electronically filed pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on July 8, 2008.

Sarah A. Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 7/8/08

_____
Deputy Clerk, US Court of Appeals

- 3/06